IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
OCT - 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED
23 2005
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

JAMES W. LUCE )
)
    Plaintiff, )
)
v. )
)
ULLICO INC. PENSION PLAN AND TRUST )
and ULLICO INC. EMPLOYEE BENEFIT )
PLAN ADMINISTRATION COMMITTEE )
)
    Defendants. )
)

CASE NUMBER 1:05CV01996

JUDGE: Richard J. Leon

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 10/7/2005

ORDER

This matter comes before this Court on Defendants' Motion to Dismiss.

For the reasons stated from the bench, it is hereby

ORDERED that this case is transferred to the United States District Court for the District of Columbia and the Scheduling Order from September 16, 2005 is vacated.

                                                           *Claude M. Hilton*
                                          UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 23, 2005

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK

# U.S. District Court
## Eastern District of Virginia (Alexandria)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00851-CMH-TRJ
#### Internal Use Only

Luce v. ULLICO Inc. Pension Plan & Trust et al
Assigned to: Honorable District Claude M. Hilton
Referred to: Magistrate Judge Thomas Rawles Jones, Jr
Demand: $11,000
Cause: 29:1132 E.R.I.S.A.-Employee Benefits

Date Filed: 07/21/2005
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

James W. Luce    represented by    Robert Emmett Scully, Jr.
Rees Broome & Diaz PC
8133 Leesburg Pike
9th Fl
Vienna, VA 22182
(703) 790-1911
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

ULLICO Inc. Pension Plan & Trust    represented by    Anthony John Trenga
Miller & Chevalier, Chtd
655 15th Street, NW
Suite 900
Washington, DC 20005
(202) 626-5800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

ULLICO Inc. Employee Benefit Plan Administraive Committee    represented by    Anthony John Trenga
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2005 | 1 | COMPLAINT against ULLICO Inc. Pension Plan & Trust, ULLICO Inc. Employee Benefit Plan Administraive Committee Filing fee $250, receipt number 100 181939., filed by James W. Luce.(ctat, ) (Entered: 07/22/2005) |
| 07/21/2005 |  | Summons Issued and given to atty for service by SPS as to ULLICO Inc. Pension Plan & Trust, ULLICO Inc. Employee Benefit Plan Administraive Committee. (ctat, ) (Entered: 07/22/2005) |
| 08/05/2005 | 2 | CONSENT MOTION for Extension of Time to respond to [1] Complaint by ULLICO Inc. Pension Plan & Trust, ULLICO Inc. Employee Benefit Plan Administraive |

| | | |
|---|---|---|
| | | Committee. (jwhe, ) (Entered: 08/08/2005) |
| 08/05/2005 | | MOTIONS [2] MOTION for Extension of Time to File Answer to [1] Complaint REFERRED to Judge Jones. (jwhe, ) (Entered: 08/08/2005) |
| 08/15/2005 | 3 | ORDER Granting [2] CONSENT Motion for Extension of Time to Answer ULLICO Inc. Pension Plan & Trust answer due 9/6/2005; ULLICO Inc. Employee Benefit Plan Administraive Committee answer due 9/6/2005. Signed by Judge Thomas Rawles Jones Jr. on 8/15/05. (agil) (Entered: 08/16/2005) |
| 08/19/2005 | 4 | SUMMONS Returned Executed by James W. Luce. ULLICO Inc. Pension Plan & Trust served on 7/28/2005, answer due 9/6/2005 per order of 8/15/05. (agil) (Entered: 08/22/2005) |
| 08/19/2005 | 5 | SUMMONS Returned Executed by James W. Luce. ULLICO Inc. Employee Benefit Plan Administraive Committee served on 7/28/2005, answer due 9/6/2005 per order of 8/15/05. (agil) (Entered: 08/22/2005) |
| 09/06/2005 | 6 | Financial Interest Disclosure Statement (Local Rule 7.1) by ULLICO Inc. Pension Plan & Trust, ULLICO Inc. Employee Benefit Plan Administraive Committee. (jwhe, ) (Entered: 09/06/2005) |
| 09/06/2005 | 7 | MOTION to Dismiss by ULLICO Inc. Pension Plan & Trust, ULLICO Inc. Employee Benefit Plan Administraive Committee (together with Exhibits) LARGE PLEADING. (jwhe, ) (Entered: 09/06/2005) |
| 09/06/2005 | 8 | Memorandum of Points and Authorities in Support of [7] MOTION to Dismiss filed by ULLICO Inc. Pension Plan & Trust, ULLICO Inc. Employee Benefit Plan Administraive Committee. (jwhe, ) (Entered: 09/06/2005) |
| 09/06/2005 | 9 | NOTICE of Hearing on Motion [7] MOTION to Dismiss: Motion Hearing set for 9/23/2005 10:00 AM before District Judge Claude M. Hilton. (jwhe, ) (Entered: 09/06/2005) |
| 09/16/2005 | 10 | SCHEDULING ORDER: Initial Pretrial Conference set for 9/28/2005 10:00 AM before Magistrate Judge Thomas Rawles Jones Jr. Final Pretrial Conference set for 1/19/2006 10:00 AM before District Judge Claude M. Hilton. Discovery due by 1/13/2006. Signed by Judge Claude M. Hilton on 9/16/05. Copies mailed: 9/16/05(jwhe, ) (Entered: 09/16/2005) |
| 09/19/2005 | 11 | Memorandum of points and authorities in Opposition to [7] MOTION to Dismiss tog. w/Exhibits filed in a black binder filed by James W. Luce. (clar, ) (Entered: 09/20/2005) |
| 09/22/2005 | 12 | Reply memorandum of points and authorities in Support of [7] MOTION to Dismiss filed by ULLICO Inc. Pension Plan & Trust, ULLICO Inc. Employee Benefit Plan Administraive Committee. (clar, ) (Entered: 09/22/2005) |
| 09/23/2005 | | Minute Entry for proceedings held before Judge Claude M. Hilton : Motion Hearing held on 9/23/2005 re [7] MOTION to Dismiss filed by ULLICO Inc. Pension Plan & Trust, ULLICO Inc. Employee Benefit Plan Administraive Committee. Appearance of counsel. Motion to Dismiss - Denied, Case transferred to the USDC for the District of Columbia. Court's Scheduling Order entered 9/16/05 vacated. Order to follow. (Court Reporter Linnell.) (tarm, ) (Entered: 09/28/2005) |
| 09/23/2005 | 13 | ORDER For the reasons stated from the bench, this case is transferred to the US District Court for the District of Columbia and the Scheduling Order from 9/16/05 is vacated. (Signed by Judge Claude M. Hilton on 9/23/05) Copies sent. (tarm, ) (Entered: 09/28/2005) |

| 09/23/2005 | | Case transferred to District of Columbia. Original file, certified copy of transfer order, and docket sheet sent. (3 volumes - 1 volume of pleadings, 1 black binder, and 1 spiral bound volume) (tarm, ) (Entered: 09/28/2005) |
|---|---|---|

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
OFFICE OF THE CLERK

ELIZABETH H. PARET
CLERK

ALBERT V. BRYAN U.S. COURTHOUSE
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314

| TELEPHONE | |
|---|---|
| CIVIL | 299-2101 |
| CRIMINAL | 299-2102 |
| FINANCIAL | 299-2105 |
| JURY | 299-2104 |
| MAGISTRATE | 299-2102 |
| NATURALIZATION | 299-2104 |
| ADMINISTRATION | 299-2177 |

Nancy Mayer-Whittington, Clerk
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: 1:05cv851 James W. Luce v. ULLICO Inc. Pension Plan & Trust, et al.

Dear Ms. Mayer-Whittington:

  Pursuant to an order of this Court, filed __September 23, 2005__ and signed by the Honorable __Claude M. Hilton__, United States District Judge, the above entitled matter is transferred to your district.

  The papers enclosed constitute the entire file in this case, except that a certified copy of the order of transfer is enclosed in lieu of the original. A certified copy of the docket entries is also enclosed.

  A copy of this letter is enclosed for your convenience in acknowledging receipt.

Very truly yours,

Elizabeth H. Paret, Clerk

By: _____
    Deputy Clerk

Enclosures

cc: Robert Scully, Jr.
    Anthony Trenga