# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

James W. Luce
Plaintiff(s)

vs

Ullico Inc. Pension Plan & Trust et al.
Defendant(s)

Case Number: 05-1996-RJL

## AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on October 14, 2005 at 4:41 PM, I executed service of process upon **BRIAN A. HILL, COUNSEL FOR ULLICO, AUTHORIZED TO ACCEPT SERVICE OF JOSEPH LINEHAN** at 655 15th Street NW, 10th Floor, Washington, DC 20005, by delivering to and leaving with personally, copies of Summons, First Amended Complaint, Exhibits.

Brian A. Hill is described as a White Male, approximately 5' 9" tall, 150-160 pounds, Brown eyes, Brown hair, and 44 years of age. The undersigned further certifies that my place of business is: 7715 Huntsman Blvd., Springfield, VA 22153; 703-451-5555; that I am 44 years of age, Date of Birth 4/4/1961; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 16, 2005.

Date October 16, 2005.

_____
Mark Simons

Commonwealth of Virginia, County of Fairfax
Subscribed and sworn to before me on October 16, 2005.

_____

My Commission Expires: 05/31/09

Ref.# 66269

RECEIVED
2005 OCT 19 PM 3:39
NANCY M. MAYER-WHITTINGTON
CLERK
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

James W. Luce
Plaintiff(s)

Case Number: 05-1996-RJL

vs

Ullico Inc. Pension Plan & Trust et al.
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on October 14, 2005 at 4:41 PM, I executed service of process upon **BRIAN A. HILL, COUNSEL FOR ULLICO INC., AUTHORIZED TO ACCEPT SERVICE OF MARK SINGLETON** at 655 15th Street NW, 10th Floor, Washington, DC 20005, by delivering to and leaving with personally, copies of Summons, First Amended Complaint, Exhibits.

Brian A. Hill is described as a White Male, approximately 5' 9" tall, 150-160 pounds, Brown eyes, Brown hair, and 44 years of age. The undersigned further certifies that my place of business is: 7715 Huntsman Blvd., Springfield, VA 22153; 703-451-5555; that I am 44 years of age, Date of Birth 4/4/1961; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 16, 2005.

Date October 16, 2005.

Mark Simons

Commonwealth of Virginia, County of Fairfax
Subscribed and sworn to before me on October 16, 2005.

My Commission Expires: 05/31/09

Ref.# 66268

NANCY M. MAYER-WHITTINGTON
CLERK

2005 OCT 19 PM 3 39

U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
RECEIVED

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

James W. Luce
Plaintiff(s)

Case Number: 05-1996-RJL

vs

Ullico Inc. Pension Plan & Trust et al.
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on October 14, 2005 at 4:41 PM, I executed service of process upon **BRIAN A. HILL, COUNSEL FOR ULLICO, INC., AUTHORIZED TO ACCEPT SERVICE OF JAMES PAUL** at 655 15th Street NW, 10th Floor, Washington, DC 20005, by delivering to and leaving with personally, copies of Summons, First Amended Complaint, Exhibits.

Brian A. Hill is described as a White Male, approximately 5' 9" tall, 150-160 pounds, Brown eyes, Brown hair, and 44 years of age. The undersigned further certifies that my place of business is: 7715 Huntsman Blvd., Springfield, VA 22153; 703-451-5555; that I am 44 years of age, Date of Birth 4/4/1961; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 16, 2005.

Date October 16, 2005.

_____
Mark Simons

Commonwealth of Virginia, County of Fairfax
Subscribed and sworn to before me on October 16, 2005.

_____

My Commission Expires: 05/31/09

Ref.# 66270

NANCY M.
MAYER-WHITTINGTON
CLERK

2005 OCT 19 PM 3: 39

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

James W. Luce
Plaintiff(s)

Case Number: 05-1996-RJL

vs

Ullico Inc. Pension Plan & Trust et al.
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on October 14, 2005 at 4:41 PM, I executed service of process upon **BRIAN A. HILL, COUNSEL FOR ULLICO, INC., AUTHORIZED TO ACCEPT SERVICE OF MARCELLUS DUCKETT** at 655 15th Street NW, 10th Floor, Washington, DC 20005, by delivering to and leaving with personally, copies of Summons, First Amended Complaint, Exhibits.

Brian A. Hill is described as a White Male, approximately 5' 9" tall, 150-160 pounds, Brown eyes, Brown hair, and 44 years of age. The undersigned further certifies that my place of business is: 7715 Huntsman Blvd., Springfield, VA 22153; 703-451-5555; that I am 44 years of age, Date of Birth 4/4/1961; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 16, 2005.

Date October 16, 2005.

_____
Mark Simons

Commonwealth of Virginia, County of Fairfax
Subscribed and sworn to before me on October 16, 2005.

_____

My Commission Expires: 05/31/09

Ref.# 66271

NANCY M. MAYER-WHITTINGTON
CLERK
2005 OCT 19 PM 3:39
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
RECEIVED


Case 1:05-cv-01996-RJL   Document 5   Filed 10/19/2005   Page 5 of 5

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

James W. Luce
Plaintiff(s)

Case Number: 05-1996-RJL

vs

Ullico Inc. Pension Plan & Trust et al.
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on October 14, 2005 at 4:41 PM, I executed service of process upon **BRIAN A. HILL, COUNSEL FOR ULLICO, INC., AUTHORIZED TO ACCEPT SERVICE OF PETER HALEY** at 655 15th Street NW, 10th Floor, Washington, DC 20005, by delivering to and leaving with personally, copies of Summons, First Amended Complaint, Exhibits.

Brian A. Hill is described as a White Male, approximately 5' 9" tall, 150-160 pounds, Brown eyes, Brown hair, and 44 years of age. The undersigned further certifies that my place of business is: 7715 Huntsman Blvd., Springfield, VA 22153; 703-451-5555; that I am 44 years of age, Date of Birth 4/4/1961; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 16, 2005.

Date October 16, 2005.

_____
Mark Simons

Commonwealth of Virginia, County of Fairfax
Subscribed and sworn to before me on October 16, 2005.

_____

My Commission Expires: 05/31/09

Ref.# 66272

NANCY M. MAYER-WHITTINGTON
CLERK

2005 OCT 19 PM 3:38

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA