UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES W. LUCE,<br><br>            Plaintiff,<br><br>v.<br><br>ULLICO INC. PENSION PLAN AND TRUST et al.<br>            Defendants. | Civil Action No. 1:05-cv-01996(RJL) |

## DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Defendants the ULLICO Inc. Pension Plan and Trust, the ULLICO Inc. Employee Benefit Plan Administration Committee and Marcellus Duckett, Peter Haley, Joseph L. Linehan, James Paul and Mark E. Singleton in their capacities as members of the Committee, by counsel, hereby move this Court to dismiss the Amended Complaint in this action as set forth in detail in the attached Memorandum of Points and Authority.

WHEREFORE, Defendants move this Court to grant Defendant's Motion to Dismiss Amended Complaint, enter an Order dismissing this action, and for such other and further relief as the Court deems just and proper.

Dated: November 3, 2005                          MILLER & CHEVALIER CHARTERED

                                                                                                      /s/_____
James A. Bensfield (DC Bar #189-084)
Anthony J. Trenga (DC Bar #218255)
Mark J. Rochon (DC Bar #376042)
Brian A. Hill (DC Bar #456086)
Matthew T. Reinhard (DC Bar #474941)
MILLER & CHEVALIER, CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC  20005-5701
Telephone: (202) 626-5800
Facsimile: (202) 628-0858
Email:  atrenga@milchev.com
Attorneys for the Defendants

2