UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES W. LUCE,<br><br>    Plaintiff,<br><br>v.<br><br>ULLICO INC. PENSION PLAN AND<br>TRUST et al.<br>    Defendants. | Civil Action No. 1:05-cv-01996(RJL) |

## ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT

Upon consideration of Defendants' Motion to Dismiss Amended Complaint, the Memorandum of Points and Authorities in Support thereof, and Plaintiff's response thereto, and for good cause shown, it is hereby ORDERED that Defendants' Motion to Dismiss be, and the same hereby is, GRANTED, and this action be, and hereby is dismissed.

The Clerk is directed to forward copies of this order to counsel of record.

Entered this ___ day of _____, ____.

                        _____
                        Richard J. Leon
                        United States District Judge

Copies to:

Robert Scully
Rees Broome & Diaz PC
8133 Leesburg Pike, 9th Floor
Vienna, VA 22182
Attorney for Plaintiff

Anthony J. Trenga
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
atrenga@milchev.com
Attorney for Defendants