IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES W. LUCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-cv1014 |
| ) | |
| THE UNION LABOR LIFE AUXILIARY ) | |
| RETIREMENT BENEFITS PLAN, ) | |
| ULLICO INC. NON-QUALIFIED ) | |
| DEFERRED COMPENSATION PLAN, ) | |
| UNION LABOR LIFE INSURANCE ) | |
| COMPANY, and ULLICO INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ULLICO INC., THE UNION ) | |
| LABOR LIFE INSURANCE ) | |
| COMPANY, THE ULLICO INC. ) | |
| NON-QUALIFIED DEFERRED ) | |
| COMPENSATION PLAN, ) | |
| THE UNION LABOR LIFE ) | |
| AUXILIARY RETIREMENT ) | |
| BENEFITS PLAN, and MARK ) | |
| SINGLETON, in his capacity as a Plan ) | |
| Administrator, ) | |
| ) | |
| Counterclaim Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES W. LUCE ) | |
| ) | |
| Counterclaim Defendant. ) | |

**COUNTERCLAIM PLAINTIFFS'**
<u>**NOTICE OF DISMISSAL OF COUNTERCLAIM**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) and (c), counterclaim plaintiffs ULLICO Inc., The Union Labor Life Insurance Company, The ULLICO Inc. Non-Qualified Deferred Compensation Plan, The Union Labor Life Auxiliary Retirement Benefits Plan, and Mark Singleton, in his capacity as a Plan Administrator, hereby voluntarily dismiss their counterclaim in this action without prejudice.

Dated: December 3, 2003

                                        MILLER & CHEVALIER CHARTERED

                                        By /s/ Anthony J. Trenga
                                             Anthony J. Trenga (VSB #14079)
                                             Matthew T. Reinhard (VSB #46424)
                                             655 Fifteenth Street, N.W., Suite 900
                                             Washington, DC 20005-5701
                                             Tel. (202) 626-5800
                                             Fax. (202) 628-0858

                                             Attorneys for Counterclaim Plaintiffs

                                             Of Counsel:
                                             James A. Bensfield
                                             Mark J. Rochon
                                             Brian A. Hill

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December 2003, a true and accurate copy of the foregoing was served by hand on the following:

Robert E. Scully, Jr.
REES, BROOME & DIAZ, P.C.
8133 Leesburg Pike, Ninth Floor
Vienna, VA 22182-2706
(703) 790-1911
Fax No. (703) 848-2530
Attorney for Plaintiff

/Anthony J. Trenga