IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JAMES W. LUCE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-1014-A |
| | ) | |
| ULLICO INC., THE UNION LABOR | ) | |
| LIFE INSURANCE COMPANY, THE | ) | |
| ULLICO INC. NON-QUALIFIED | ) | |
| DEFERRED COMPENSATION PLAN, | ) | |
| THE UNION LABOR LIFE AUXILLIARY | ) | |
| RETIREMENT BENEFITS PLAN, and | ) | |
| MARK SINGLETON | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The matter came before the Court on plaintiff's motion for preliminary injunction.

For the reasons stated from the bench,

It is **ORDERED** that plaintiff's motion for preliminary injunction is **DENIED**.

It appears that a motion to transfer in a related matter is pending in the United States District Court for the District of Columbia and that a motion to transfer that case to this district pursuant to 28 U.S.C. § 1404(a) is pending there. Should the D.C. case be transferred to this district, that case may be consolidated with this matter for some or all purposes. Alternatively, should the United States District Court for the District of Columbia deny the motion to transfer the related matter, this Court will consider transfer of this case to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1404(a).



The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia  
November 21, 2003

_____  
T.S. Ellis, III  
United States District Judge