IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED JAN - 9 2004
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| JAMES W. LUCE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-1014-A |
| ) | |
| ULLICO INC., THE UNION LABOR ) | |
| LIFE INSURANCE COMPANY, THE ) | |
| ULLICO INC. NON-QUALIFIED ) | |
| DEFERRED COMPENSATION PLAN, ) | |
| THE UNION LABOR LIFE AUXILLIARY ) | |
| RETIREMENT BENEFITS PLAN, and ) | |
| MARK SINGLETON ) | |
| ) | |
| Defendant. ) | |

## ORDER

It appears that a motion to transfer a related matter to this district pursuant to 28 U.S.C. § 1404(a) is pending in the United States District Court for the District of Columbia. By Order dated December 19, 2003, this Court noted its intention to transfer this matter to the United States District Court for the District of Columbia should the pending motion to transfer in that district remain unresolved on January 9, 2004. See Luce v. ULLICO Inc., et al., Civil Action No. 03-1014-A (E.D.Va. December 19, 2003) (Order). The pending motion to transfer in the United States District Court for the District of Columbia has not been resolved. Accordingly, and for good cause,

It is **ORDERED** that this matter is **TRANSFERRED** to the United States District Court for the District of Columbia to be considered there in connection with, Carabillo v. ULLICO, Civil Action No. 03-CV-1556. See 28 U.S.C. § 1404(a).

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
January 9, 2004

T.S. Ellis, III
United States District Judge