

Theodore T. Green
Senior Vice President and
General Counsel

ULLICO Inc.
1625 Eye Street, NW
Washington, DC 20006
202.962.8466 tel
tgreen@ullico.com

www.ullico.com

January 14, 2005

Mr. James W. Luce
10712 Milkweed Drive
Great Falls, VA 22066

Dear Mr. Luce:

    Prospectively, your monthly benefit from the ULLICO Inc. Pension Plan and Trust ("Plan") will be paid at $5,879.70. This benefit amount has been calculated based upon two percent of your high three years of service for each year of service under the Plan. The continued payment of a benefit is not - and should not be interpreted as - a waiver of the Company's position that the Plan should be made whole for the unauthorized liability your actions caused, or of any other claim now being considered in pending litigation. Further, the Company reserves for the benefit of the Plan the right to set off the excess payments received to date against future payments.

    After investigation, it has been recognized that the Plan was being administered in accordance with unauthorized amendments that increased the compensation taken into account and provided for an accrual of benefits at a rate that was twenty-five percent greater than authorized by the Board of Directors. While your benefit was not directly affected by the change of compensation taken into account to determine benefits for purposes of this Plan, your unauthorized action that changed the rate of benefit accrual, increased your benefit by twenty-five percent. The current recalculation simply returns your benefit to the amount that was properly authorized.

Sincerely,

*[signature]*

TTG/keb

O:\Green\Letters\Georgine-Benefit Payment.doc