IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JAMES W. LUCE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 05-0851 |
| ULLICO INC. PENSION PLAN AND TRUST ) | |
| and ULLICO INC. EMPLOYEE BENEFIT ) | |
| PLAN ADMINISTRATION COMMITTEE ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter comes before this Court on Defendants' Motion to Dismiss.

For the reasons stated from the bench, it is hereby

ORDERED that this case is transferred to the United States District Court for the District of Columbia and the Scheduling Order from September 16, 2005 is vacated.

                                                  _/s/ Claude M. Hilton_
                                               UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 23, 2005


RECEIVED SEP 2 9 2005 By