## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES W. LUCE, : | |
| : | |
|    Plaintiff, : | |
| : | |
| v. : | Civ. Action No. 05-cv-1996(RJL) |
| : | |
| ULLICO INC. PENSION PLAN : | |
| AND TRUST, et al. : | |
| : | |
|    Defendants. : | |

## **ORDER**

Upon consideration of the Defendants' Motion to Dismiss Amended Complaint it is hereby

**ORDERED** that the Defendants' Motion is **DENIED**; and it is

**FURTHER ORDERED** that all Defendants shall file a responsive pleading within two weeks from entry of this order.

**SO ORDERED**.


Date: _____          _____
                                                                                                     Honorable Richard J. Leon
                                                                                                     United States District Judge