**EXHIBIT 6**

Privilege Log of the ULLICO Inc. Pension Plan & Trust and the ULLICO Inc. Employee Benefit Plan Administrative Committee

| DOC # | DATE | TO | FROM | CC: | Type Doc | DESCRIPTION | PRIVILEGE ASSERTED |
|---|---|---|---|---|---|---|---|
| A | 5/20/2005 | R. Scully | J. Paul | J. Luce; T. Green; A. Trenga | Letter | Draft letter re: James W. Luce Appeal to the Employee Benefit Plans Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | Attorney Client; Work Product |
| B | 5/13/2005 | | | | Handwritten notes | Handwritten notes of P. Haley containing advice of counsel, Jim Cole & Gary Ford, including attorney mental impressions | Attorney Client; Work Product |
| C | 3/5/2005 | | | | Handwritten notes | Redaction from handwritten notes of P. Haley reflecting communications with Tony Trenga and Damon Silvers, including attorney mental impressions | Attorney Client; Work Product |
| D | 7/7/2005 | J. Linehan; J. Paul | B. Hamrahan | G. Ford; J. Cole | Email | Email exchange regarding Luce's counsel's objections to document production in regards to redacted portions containing legal advice and attorney mental | Attorney Client; Work Product |
| E | 3/15/2005 | J. Paul | T.Green | | Memo | Communication from counsel re: James Luce Appeal | Attorney Client |
| F | 1/24/2005 | J. Paul | T.Green | | Memo | Communication from counsel re: Letters to Georgine and Luce | Attorney Client |

2

| | Date | From | To | Type | Description | Privilege |
|---|---|---|---|---|---|---|
| G | 4/19/2005 | J. Linehan | J. Semo | Email | Communications from counsel concerning the completion of the EBPAC Report on Luce's Benefits Appeal | Attorney Client |
| H | 2/16/2005 | L. Hejl; T. Green; H. Bard | J. Paul | B. Barham | Email | Email exchange regarding communications with J. Luce containing legal advice and reflecting attorney mental impressions | Attorney Client; Work Product |
| I | 5/12/2005 | J. Cole | H. Bard | Email | Communications from counsel re: documents related to Luce benefits appeal reflecting attorney mental impressions | Attorney Client; Work Product |
| J | 5/20/2005 | J. Linehan; J. Paul | B. Hanrahan | G. Ford; J. Linehan; J. Paul | J. Semo; Email | Email from counsel re: Draft of Luce Benefits Appeal Decision reflecting attorney mental impressions and attached draft letter | Attorney Client; Work Product |
| K | 4/5/2005 | J. Linehan; J. Paul | B. Hanrahan | J. Cole | Employee Benefits Plan Administrative Committee | E. Barrow | Memo | Redaction from memo reflecting communication from counsel re: James Luce Appeal reflecting attorney mental impressions | Attorney Client; Work Product |