# EXHIBIT 1

# GROOM LAW GROUP

*www.groom.com*

RECEIVED BY

APR 1 8 2005

GROOM LAW GROUP

April 15, 2005

Re: Engagement of Groom Law Group, Chartered

Dear            :

We are pleased that you have given us the opportunity to provide legal services to the Benefits Committee of ULLICO, Inc. (the "Committee"). This letter describes our understanding of the services contemplated and describes the basis for our fees and other terms of our representation.

1. <u>Scope of Services</u>. You have asked us to assist you with respect to an appeal of a denial of a benefit claim brought by Mr. James Luce. Our services in this matter may include, e.g., research of issues, giving legal advice, drafting an opinion, drafting and/or negotiating agreements, representation in mediation, arbitration or litigation. We also may agree to assist you with additional matters that you refer to us and this letter will apply to services we provide in connection with those additional matters.

2. <u>Staffing and Responsibilities</u>. I will be the attorney primarily responsible for the representation. Other firm attorneys may also be involved in providing legal services to the Committee. In this regard, one of our firm's strengths is our attorneys' depth of experience in employee benefits matters; we may hold internal conferences with other firm attorneys who have relevant expertise from time to time in the course of providing services. We believe this approach improves our ability to provide quality legal services in an efficient, economical matter. Paralegals, who are not attorneys but are experienced in the preparation of documents and the completion of various tasks, may also be involved in providing services to the Committee.

We will provide legal counsel and assistance to you in accordance with this letter, keep you reasonably informed of progress and developments, and respond to your inquiries. We will rely on you to fully and accurately disclose to us all relevant facts, to keep us apprised of any developments relating to the matter, and to assist and cooperate with us as appropriate in providing services to the Committee.

---

Groom Law Group, Chartered
1701 Pennsylvania Ave., N.W. • Washington, D.C. 20006-5805 • 202-857-0620 • Fax 202-659-4503

AC 05224



**GROOM**
**LAW GROUP**
www.groom.com

*The Benefits Committee of ULLICO, Inc.*
Page 2

      Our clients often expect us to communicate electronically with them or with outside parties during the course of our representation. While e-mail is a fast and convenient way to communicate, e-mail travels over the public Internet, which is not a secure means of communication. This means that confidentiality could be compromised. Unless you direct us to not communicate electronically, you agree that we may use e-mail and other electronic methods to transmit and receive information, including confidential information, in communications with you and with other parties in connection with our services.

      3. <u>Fees and Billings</u>. Our billing rates are based on various factors, which include years of experience, specialization in training and practice, and level of professional attainment. Our discounted or "preferred" attorney billing rates range from $310 to $550 per hour. My preferred billing rate is $530. The rate multiplied by the time spent on the Committee's behalf, measured in tenths of an hour, will be the basis for determining the fee. Our billing rates typically are adjusted each January. Adjusted rates apply to services performed after notice to you.

      Our bills include reimbursement of expenses at cost incurred in connection with our services. Our expenses may include photocopying, postage, messenger/delivery service, travel (including mileage, parking, coach airfare, lodging, meals and ground transportation), long distance telephone, computer aided research, court costs, court reporter and filing fees, administrative filing fees, overtime secretarial services, deposition expenses, expert and consultant fees, and any other reasonable expenses incurred.

      Unless other arrangements are made, we will send you monthly statements indicating our fees and expenses incurred in providing services to you and the current status of your account. Our statements include a detailed description of work performed, fees, expenses and disbursements for the month. All statements are, of course, subject to your verification of the services and amounts indicated thereon.

      4. <u>Other Matters</u>. We represent many other companies and individuals with respect to various legal matters. It is possible that, during the time we are representing the Committee, one of our current or future clients may have transactions or disputes with the Committee. You agree that we may continue to represent, or undertake in the future

AC 05225

04/15/2004 17:52 FAX 2026594503    GROOM LAW GROUP    ☐004



*The Benefits Committee of ULLICO, Inc.*
Page 3

to represent, our current or future clients in any matter, including litigation, even if the interests of such other clients in these other matters are directly adverse to the Committee, so long as those matters are not substantially related to our work for the Committee.

AC 05226



# GROOM
## LAW GROUP
*www.groom.com*

The Benefits Committee of ULLICO, Inc.
Page 4

\*   \*   \*   \*   \*

If you agree to the terms of our representation as described by this letter, please confirm your acceptance by signing below and returning this letter to Michelle Walsh at Groom Law Group, Chartered, 1701 Pennsylvania Ave. N.W., Suite 1200, Washington, DC 20006. If this letter is not signed and returned, you will be obligated to pay us the reasonable value of any services we may have performed on your behalf. Upon your acceptance, this letter applies retroactively to the date we first performed services for you.

We are pleased to have this opportunity to be of service and to work with you. Please contact me anytime during the course of this representation if you have questions about our services, staffing, billings or other aspects of our representation. My direct telephone number is 202-861-6627.

Sincerely,

Gary M. Ford

On behalf of the Benefits Committee of ULLICO, Inc., I agree to the terms and conditions set forth in this letter.

By: *Joseph R Linehan*

Title: *Chairman*

*18th* day of *April*, 2005

ULLICO

AC 05227