# EXHIBIT 4

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

| # | Title | Bates | - | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|---|
| 1. | Letter re: ULLICO Inc. enclosing Summary plan description, ULLICO, Inc. Pension Plan and Trust; Letter to U.S. Dept. of Labor, Pension and Welfare Benefits Admin., | AC 01919 | | AC 01960 | 5/16/2005 | Lisa K. Jackson, Miller & Chevalier | James V. Cole II; Brian A. Hill, Esq. | Attorney-Client Privilege; Work Product |
| 2. | Memo re: ULLICO Inc./Corporate Actions relating to the ULLICO Inc. Pension Plan and Trust | AC 02236 | | AC 02255 | 6/14/2004 | Howard M. Bard; Mark Stevenson - Feder Semo & Bard, P.C. | Cindy Fearing, Director of HR, Compensation and Benefits; Theresa Valentine, Associate General Counsel | Attorney-Client Privilege; Work Product |
| 3. | Fax | AC 02441 | | AC 02444 | 4/19/2005 | James Paul | Gary Ford | Attorney-Client Privilege; Work Product |
| 4. | Draft letter marked "Attorney Clinet Privileged Attorney Work Product" | AC 02445 | | AC 02447 | 5/20/2005 | | | Attorney-Client Privilege; Work Product |
| 5. | Draft letter marked "Attorney Clinet Privileged Attorney Work Product" | AC 02448 | | AC 02455 | 5/13/2005 | | | Attorney-Client Privilege; Work Product |
| 6. | Index of ULLICO documents | AC 02456 | | AC 02460 | | | | Attorney-Client Privilege; Work Product |
| 7. | "ULLICO Timeline" with tabs referencing resolutions | AC 02461 | | AC 02479 | | | | Attorney-Client Privilege; Work Product |
| 8. | James V. Cole (JVC) Handwritten Notes | AC 02480 | | AC 02483 | 4/18/2005 | | | Attorney-Client Privilege; Work Product |
| 9. | JVC Handwritten Notes | AC 02484 | | AC 02487 | 4/20/2005 | | | Attorney-Client Privilege; Work Product |
| 10. | JVC Handwritten Notes | AC 02488 | | AC 02489 | 4/21/2005 | | | Attorney-Client Privilege; Work Product |

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

| | Title | Bates | - | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|---|
| 11. | JVC Handwritten Notes | AC 02490 | | AC 02505 | 4/22/2005 | | | Attorney-Client Privilege; Work Product |
| 12. | JVC Handwritten Notes | AC 02506 | | AC 02508 | 4/25/2005 | | | Attorney-Client Privilege; Work Product |
| 13. | JVC Handwritten Notes | AC 02509 | | AC 02511 | 4/26/2005 | | | Attorney-Client Privilege; Work Product |
| 14. | JVC Handwritten Notes | AC 02512 | | AC 02521 | 4/26/2005 | | | Attorney-Client Privilege; Work Product |
| 15. | JVC Handwritten Notes | AC 02522 | | | 4/27/2005 | | | Attorney-Client Privilege; Work Product |
| 16. | JVC Handwritten Notes | AC 02523 | | | 5/4/2005 | | | Attorney-Client Privilege; Work Product |
| 17. | JVC Handwritten Notes | AC 02524 | | AC 02527 | 5/4/2005 | | | Attorney-Client Privilege; Work Product |
| 18. | JVC Handwritten Notes | AC 02528 | | AC 02538 | 5/5/2005 | | | Attorney-Client Privilege; Work Product |
| 19. | JVC Handwritten Notes | AC 02539 | | AC 02543 | 5/5/2005 | | | Attorney-Client Privilege; Work Product |
| 20. | JVC Handwritten Notes | AC 02544 | | | 5/11/2005 | | | Attorney-Client Privilege; Work Product |
| 21. | JVC Handwritten Notes | AC 02545 | | AC 02546 | 5/16/2005 | | | Attorney-Client Privilege; Work Product |
| 22. | Miscellaneous JVC Handwritten Notes | AC 02547 | | AC 02555 | | | | Attorney-Client Privilege; Work Product |

2

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

3

| | Title | Bates | - | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|---|
| 23. | Miscellaneous Pleadings and Court Decisions | AC 02556 | | AC 03958 | | | | Attorney-Client Privilege; Work Product |
| 24. | Board of Directors: Pension References Chart | AC 03959 | | | | | | Attorney-Client Privilege; Work Product |
| 25. | Executive Committee Meeting Minutes - Pension Occurances Chart | AC 03960 | | | | | | Attorney-Client Privilege; Work Product |
| 26. | ULLICO Inc. Meeting Minutes Table Of Contents | AC 03961 | | AC 03966 | | | | Attorney-Client Privilege; Work Product |
| 27. | ULLICO document index | AC 03967 | | AC 03975 | | | | Attorney-Client Privilege; Work Product |
| 28. | ULLICO Jim Luce Administrative Record Index | AC 03796 | | AC 03987 | | | | Attorney-Client Privilege; Work Product |
| 29. | Letter re: James Luce Benefits Appeal | AC 03988 | | | 6/30/2005 | William F. Hanrahan | Brian A. Hill | Attorney-Client Privilege; Work Product |
| 30. | Unsent draft email attaching draft Luce Appeal Decision Letter | AC 03989 | | AC 03993 | | | | Attorney-Client Privilege; Work Product |
| 31. | Email titled: Confidential conflict check | AC 03994 | | | 4/12/2005 | Gary Ford | Attorneys; Sheron Fletcher, Miller Cochran | Attorney-Client Privilege; Work Product |
| 32. | Email titled: Ullico | AC 03995 | | | 4/15/2005 | Gary Ford | Jim Cole, Mark Theby | Attorney-Client Privilege; Work Product |
| 33. | Email titled: Re: Ullico | AC 03996 | | | 4/15/2005 | Jim Cole | Gary Ford, Mark Theby | Attorney-Client Privilege; Work Product |
| 34. | Email titled: Please call Jim Paul back as soon as possible | AC 03997 | | | 4/18/2005 | Katherine Van Every | Gary Ford | Attorney-Client Privilege; Work Product |

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

| | Title | Bates | - | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|---|
| 25. | Email titled: Jim Paul's phone # | AC 03998 | | | 4/18/2005 | Katherine Van Every | Gary Ford | Attorney-Client Privilege; Work Product |
| 36. | Email titled: ULLICO Docket Sheet | AC 03999 | | AC 04019 | 4/18/2005 | Mark Theby | Jim Cole | Attorney-Client Privilege; Work Product |
| 37. | Email titled: Confidential hand delivered envelope from Jim Paul | AC 04020 | | | 4/18/2005 | Katherine Van Every | Gary Ford | Attorney-Client Privilege; Work Product |
| 38. | Email titled: Please call Jim Paul back at 682-7958 | AC 04021 | | | 4/19/2005 | Katherine Van Every | Gary Ford | Attorney-Client Privilege; Work Product |
| 39. | Email titled: Conflict Check for Benefits Committee of ULLICO Inc.; attachment: New Client/Matter Form document | AC 04022 | | AC 04027 | 4/20/2005 | Miller Cochran | Professionals; Michelle Walsh | Attorney-Client Privilege; Work Product |
| 40. | Email titled: Bob Scully called. | AC 04028 | | | 4/20/2005 | Sheron Fletcher | Gary Ford | Attorney-Client Privilege; Work Product |
| 41. | Email titled: If you haven't already done so | AC 04029 | | | 4/20/2005 | Sheron Fletcher | Gary Ford | Attorney-Client Privilege; Work Product |
| 42. | Email titled: Luce complaint E.D.Va. transfer...; attachments: Docket sheets for cases | AC 04030 | | AC 04052 | 4/21/2005 | Mark Theby | Jim Cole | Attorney-Client Privilege; Work Product |
| 43. | Email titled: Jim Paul left you a voicemail message...thanks! 2:03 p.m. | AC 04053 | | | 4/21/2005 | Sheron Fletcher | Gary Ford | Attorney-Client Privilege; Work Product |
| 44. | Email titled: Luce Document List | AC 04054 | | | 4/21/2005 | Jim Cole | Gary Ford | Attorney-Client Privilege; Work Product |
| 45. | Email titled: Documents and meeting | AC 04055 | | | 4/21/2005 | Gary Ford | James Paul, Jim Cole | Attorney-Client Privilege; Work Product |

4

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

| | Title | Bates | - | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|---|
| 46. | Email titled: Carabillo v. ULLICO Inc. Pension Plan and Trust; attachments: pleadings in Joseph A. Carabillo v. Ullico matter | AC 04056 | | AC 04197 | 4/22/2005 | Elizabeth O'Keefe | Gary Ford, Tony Trenga | Attorney-Client Privilege; Work Product |
| 47. | Email titled: Fw: Carabillo v. ULLICO Inc. Pension Plan and Trust; attachments: pleadings in Joseph A. Carabillo v. Ullico matter | AC 04198 | | AC 04340 | 4/22/2005 | Gary Ford | Jim Cole | Attorney-Client Privilege; Work Product |
| 48. | Email titled: RE: Carabillo v. ULLICO Inc. Pension Plan and Trust | AC 04341 | | AC 04342 | 4/23/2005 | Tony Trenga | Gary Ford | Attorney-Client Privilege; Work Product |
| 49. | Email titled: RE: Carabillo v. ULLICO Inc. Pension Plan and Trust | AC 04343 | | AC 04344 | 4/23/2005 | Gary Ford | Tony Trenga, Jim Cole | Attorney-Client Privilege; Work Product |
| 50. | Email titled: Fw: Carabillo v. ULLICO Inc. Pension Plan and Trust; attachments: pleadings in Joseph A. Carabillo v. Ullico matter | AC 04345 | | AC 04462 | 4/23/2005 | Gary Ford | Bill Hanrahan; Jim Cole | Attorney-Client Privilege; Work Product |
| 51. | Email titled: RE: Carabillo v. ULLICO Inc. Pension Plan and Trust | AC 04463 | | AC 04464 | 4/23/2005 | Tony Trenga | Gary Ford | Attorney-Client Privilege; Work Product |
| 52. | Email titled: RE: Carabillo v. ULLICO Inc. Pension Plan and Trust | AC 04465 | | AC 04466 | 4/23/2005 | Gary Ford | Tony Trenga | Attorney-Client Privilege; Work Product |
| 53. | Email titled: RE: Carabillo v. ULLICO Inc. Pension Plan and Trust | AC 04467 | | AC 04468 | 4/23/2005 | Tony Trenga | Gary Ford | Attorney-Client Privilege; Work Product |
| 54. | Email titled: Jim Paul left you a voicemail message...thanks! 8:02 a.m. | AC 04469 | | | 4/26/2005 | Sheron Fletcher | Gary Ford | Attorney-Client Privilege; Work Product |
| 55. | Meeting Request titled: T/C GMF & Howard Bard - Ullico Luce Appeal | AC 04470 | | | 4/26/2005 | | | Attorney-Client Privilege; Work Product |

5

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

| # | Title | Bates | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|
| 56. | Email titled: Luce Actions; attachments: pleadings in James W. Luce v. Union Labor Life Auxiliary Retirement Benefits Plan | AC 04471 | AC 04540 | 4/26/2005 | Elizabeth O'Keefe | Gary Ford, Jim Cole, Tony Trenga | Attorney-Client Privilege; Work Product |
| 57. | Email titled: Re: Ullico Benefits Comm. | AC 04541 | | 4/29/2005 | Gary Ford | Jim Cole, Sheron Fletcher | Attorney-Client Privilege; Work Product |
| 58. | Meeting Request titled: hold ofr meeting with trenga et al | AC 04542 | | 5/5/2005 | | | Attorney-Client Privilege; Work Product |
| 59. | Email titled: Ullico | AC 04543 | | 5/5/2005 | Jim Cole | Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 60. | Email titled: RE: Ullico | AC 04544 | | 5/5/2005 | Bill Hanrahan | Jim Cole | Attorney-Client Privilege; Work Product |
| 61. | Email titled: RE: Ullico | AC 04545 | | 5/5/2005 | Jim Cole | Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 62. | Email titled: Luce Appeal | AC 04546 | | 5/10/2005 | Howard M. Bard | Jim Cole | Attorney-Client Privilege; Work Product |
| 63. | Email titled: Model decision letters and attachments: model decision letters | AC 04547 | AC 04571 | 5/10/2005 | Bill Hanrahan | Jim Cole | Attorney-Client Privilege; Work Product |
| 64. | Email titled: RE: Luce Appeal | AC 04572 | AC 04573 | 5/10/2005 | Jim Cole | Howard M. Bard | Attorney-Client Privilege; Work Product |
| 65. | Email titled: Ullico BOD Minutes Review | AC 04574 | | 5/10/2005 | Jim Cole | Miller Cochran | Attorney-Client Privilege; Work Product |
| 66. | Email titled: Ullico Luce Appeal; attachment: Luce Appeal Decision version 1 | AC 04575 | AC 04583 | 5/11/2005 | Jim Cole | Gary Ford, Bill Hanrahan, Sarah Huck | Attorney-Client Privilege; Work Product |

6

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

| | Title | Bates | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|
| 67. | Email titled: how're you coming on the draft? | AC 04584 | | 5/11/2005 | Gary Ford | Bill Hanrahan, Jim Cole | Attorney-Client Privilege; Work Product |
| 68. | Email titled: ULLICO Pension Plan and Trust Documents; attachment: Combined Amendments document | AC 04585 | AC 04604 | 5/12/2005 | Howard M. Bard | Jim Cole, Joseph Semo, Joe Linehan, James Paul | Attorney-Client Privilege; Work Product |
| 69. | Email titled: FW: ULLICO Pension Plan and Trust Documents; attachment: Combined Amendments document | AC 04605 | AC 04625 | 5/12/2005 | Jim Cole | Bill Hanrahan, Gary Ford | Attorney-Client Privilege; Work Product |
| 70. | Email titled: FW: ULLICO Pension Plan and Trust Documents; attachment: Combined Amendments document | AC 04626 | AC 04646 | 5/12/2005 | Bill Hanrahan | Miller Cochran | Attorney-Client Privilege; Work Product |
| 71. | Email titled: FW: JIM PAUL; attachment: Fax Image | AC 04647 | AC 04658 | 5/12/2005 | Office Services | Bill Hanrahan, Bari Fauss | Attorney-Client Privilege; Work Product |
| 72. | Email titled: Another ULLICO document; attachment: Fax Image | AC 04659 | AC 04670 | 5/12/2005 | Bill Hanrahan | Miller Cochran, Jim Cole | Attorney-Client Privilege; Work Product |
| 73. | Email titled: GMF Message & Email Check for Scully/Luce Extension | AC 04671 | | 5/12/2005 | Jim Cole | Sheron Fletcher, Gary Ford | Attorney-Client Privilege; Work Product |
| 74. | Email titled: ULLICO | AC 04672 | | 5/13/2005 | Bill Hanrahan | Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 75. | Email titled: Re: ULLICO | AC 04673 | | 5/13/2005 | Gary Ford | Bill Hanrahan, Jim Cole | Attorney-Client Privilege; Work Product |
| 76. | Email titled: RE: ULLICO | AC 04674 | | 5/13/2005 | Jim Cole | Gary Ford, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 77. | Email titled: Re: ULLICO | AC 04675 | | 5/13/2005 | Gary Ford | Jim Cole, Bill Hanrahan | Attorney-Client Privilege; Work Product |

7

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

8

| # | Title | Bates | - | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|---|
| 76. | Email titled: Draft letter to Scully...; attachment: Cover Letter to Scully | AC 04676 | | AC 04677 | 5/13/2005 | Stephanie Love | Jim Cole, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 79. | Email titled: Revised - Draft letter to Scully; attachment: Cover Letter to Scully | AC 04678 | | AC 04679 | 5/13/2005 | Stephanie Love | Jim Cole, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 80. | Email titled: RE: Draft letter to Scully... | AC 04680 | | | 5/13/2005 | Bill Hanrahan | Jim Cole, Gary Ford | Attorney-Client Privilege; Work Product |
| 81. | Email titled: ULLICO | AC 04681 | | | 5/13/2005 | Bill Hanrahan | Gary Ford | Attorney-Client Privilege; Work Product |
| 82. | Email titled: FW: Adoption of Plan Documents | AC 04682 | | | 5/13/2005 | Jim Cole | Bill Hanrahan, Gary Ford | Attorney-Client Privilege; Work Product |
| 83. | Email titled: Ullico Documents | AC 04683 | | | 5/15/2005 | Jim Cole | Miller Cochran | Attorney-Client Privilege; Work Product |
| 84. | Email titled: update on ullico? | AC 04684 | | | 5/17/2005 | Gary Ford | Jim Cole, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 85. | Email titled: FW: ULLICO Documents; attachment: Ullico Documents spreadsheet | AC 04685 | | AC 04690 | 5/17/2005 | Jim Cole | Sarah Huck, Bill Hanrahan, Gary Ford | Attorney-Client Privilege; Work Product |
| 86. | Email titled: Draft Ullico "Plan B" Letter; attachment: Luce Appeal Decision Plan B 1 document | AC 04691 | | AC 04694 | 5/18/2005 | Jim Cole | Gary Ford, Bill Hanrahan, Sarah Huck | Attorney-Client Privilege; Work Product |
| 87. | Email titled: SAH ULLICO Inserts re; attachment: SAH ULLICO Inserts document | AC 04695 | | AC 04698 | 5/18/2005 | Sarah Huck | Jim Cole, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 88. | Email titled: Luce – draft decision; attachment: Luce Appeal Decision version 3 document | AC 04699 | | AC 04724 | 5/18/2005 | Bill Hanrahan | Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 89. | Email titled: Luce decision – updated; attachment: Luce Appeal Decision version 4 document | AC 04725 | | AC 04750 | 5/18/2005 | Bill Hanrahan | Gary Ford, Jim Cole, Sarah Huck | Attorney-Client Privilege; Work Product |

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

| | Title | Bates | - | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|---|
| 90. | Email titled: Luce appeal -- final nits; attachment: Luce Appeal Decision version 8 document | AC 04751 | | AC 04779 | 5/19/2005 | Bill Hanrahan | Bill Hanrahan, GFM@groom.com, Jim Cole | Attorney-Client Privilege; Work Product |
| 91. | Email titled: Fwd: Luce appeal -- final nits; attachment: Luce appeal final nits document | AC 04780 | | AC 04808 | 5/19/2005 | Bill Hanrahan | Gary Ford | Attorney-Client Privilege; Work Product |
| 92. | Untitled email | AC 04809 | | | 5/19/2005 | Gary Ford | Jim Cole, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 93. | Email titled: RE: | AC 04810 | | | 5/19/2005 | Jim Cole | Gary Ford, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 94. | Email titled: RE: | AC 04811 | | | 5/19/2005 | Gary Ford | Jim Cole, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 95. | Email titled: Luce opinion revised; attachment: Luce Appeal Decision version 7 document | AC 04812 | | AC 04839 | 5/19/2005 | Bill Hanrahan | Gary Ford, Jim Cole, Sarah Huck | Attorney-Client Privilege; Work Product |
| 96. | Email titled: Luce Appeal; attachment: Luce Appeal Decision version 7 document | AC 04840 | | AC 04867 | 5/19/2005 | Bill Hanrahan | Bill Hanrahan (Home) | Attorney-Client Privilege; Work Product |
| 97. | Email titled: RE: Luce opinion revised | AC 04868 | | | 5/19/2005 | Jim Cole | Bill Hanrahan, Gary Ford, Sarah Huck | Attorney-Client Privilege; Work Product |
| 98. | Email titled: RE: Luce opinion revised | AC 04869 | | AC 04870 | 5/19/2005 | Gary Ford | Jim Cole, Bill Hanrahan, Sarah Huck | Attorney-Client Privilege; Work Product |
| 99. | Email titled: RE: Luce opinion revised | AC 04871 | | AC 04872 | 5/19/2005 | Bill Hanrahan | Gary Ford, Jim Cole, Sarah Huck | Attorney-Client Privilege; Work Product |
| 100. | Email titled: RE: Luce opinion revised | AC 04873 | | AC 04874 | 5/19/2005 | Jim Cole | Bill Hanrahan, Gary Ford, Sarah Huck | Attorney-Client Privilege; Work Product |
| 101. | Email titled: the first meeting with the | AC 04875 | | | 5/20/2005 | Gary Ford | Bill Hanrahan | Attorney-Client Privilege; Work Product |

9

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

| | Title | Bates | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|
| 102. | Email titled: Luce appeal – version 8A; attachment: Luce Appeal Decision version 8A document | AC 04876 | AC 04903 | 5/20/2005 | Bill Hanrahan | Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 103. | Email titled: Luce appeal – version 8B | AC 04904 | | 5/20/2005 | Bill Hanrahan | Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 104. | Email titled: I'm out | AC 04905 | | 5/20/2005 | Bill Hanrahan | Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 105. | Email titled: RE: Luce appeal – version 8B | AC 04906 | | 5/20/2005 | Jim Cole | Bill Hanrahan, Gary Ford | Attorney-Client Privilege; Work Product |
| 106. | Email titled: RE: Luce appeal – version 8B | AC 04907 | | 5/20/2005 | Bill Hanrahan | Jim Cole | Attorney-Client Privilege; Work Product |
| 107. | Email titled: Luce appeal – draft final decision on review; attachment: Luce Appeal Decision Draft Final document | AC 04908 | AC 04935 | 5/20/2005 | Bill Hanrahan | Joe Linehan, James Paul, Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 108. | Email titled: RE: Luce appeal – draft final decision on review | AC 04936 | | 5/20/2005 | Joe Linehan | Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 109. | Email titled: Luce appeal - final version of decision; attachment: Luce Appeal Decision Final 5-20-05 document | AC 04937 | AC 04952 | 5/20/2005 | Bill Hanrahan | Joe Linehan, James Paul, Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 110. | Email titled: RE: Luce appeal – final version of decision | AC 04953 | | 5/20/2005 | Joe Linehan | Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 111. | Email titled: FW: Luce appeal – final version of decision | AC 04954 | AC 04955 | 5/20/2005 | Bill Hanrahan | Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 112. | Email titled: RE: Luce appeal – final version of decision | AC 04956 | AC 04957 | 5/20/2005 | Jim Cole | Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 113. | Email titled: RE: Luce appeal – final version of decision | AC 04958 | AC 04959 | 5/20/2005 | Jim Cole | Bill Hanrahan, Gary Ford | Attorney-Client Privilege; Work Product |

10

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

11

| # | Title | Bates | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|
| 114. | Email titled: FW: JOSEPH LINEANE / MAM; attachment: Fax Image | AC 04960 | AC 04977 | 5/20/2005 | Office Services | Bill Hanrahan, Bari Fauss | Attorney-Client Privilege; Work Product |
| 115. | Email titled: FW: JOSEPH LINEANE / MAM; attachment: Fax Image | AC 04978 | AC 04995 | 5/20/2005 | Bill Hanrahan | Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 116. | Email titled: Luce appeal; attachment: Luce Appeal Decision Final 5-20-05 document | AC 04996 | AC 05011 | 5/20/2005 | Bill Hanrahan | Tony Trenga, Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 117. | Email titled: RE: Luce appeal | AC 05012 | | 5/20/2005 | Jim Cole | Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 118. | Email titled: RE: Luce appeal -- final version of decision | AC 05013 | AC 05014 | 5/20/2005 | Gary Ford | Bill Hanrahan, Jim Cole | Attorney-Client Privilege; Work Product |
| 119. | Email titled: RE: Luce appeal -- final version of decision | AC 05015 | AC 05016 | 5/21/2005 | Jim Cole | Gary Ford, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 120. | Email titled: FW: Joseph Semo vcard with final luce appeal decision; attachments: Joseph Semo vcard and Luce Appeal Decision Final 5-20-05 document | AC 05017 | AC 05033 | 5/23/2005 | Jim Cole | Gary Ford, Sheron Fletcher, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 121. | Email titled: Luce decision; attachment: Luce Appeal Decision Final 5-20-05 document | AC 05034 | AC 05049 | 5/23/2005 | Gary Ford | Howard M. Bard, Joseph Semo, Jim Cole | Attorney-Client Privilege; Work Product |
| 122. | Email titled: RE: Luce decision | AC 05050 | | 5/23/2005 | Joseph Semo | Gary Ford, Howard M. Bard, Jim Cole | Attorney-Client Privilege; Work Product |
| 123. | Email titled: Luce appeal: request for documents | AC 05052 | | 5/26/2005 | Bill Hanrahan | Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 124. | Email titled: RE: Luce appeal: request for documents | AC 05053 | | 5/26/2005 | Jim Cole | Bill Hanrahan, Gary Ford | Attorney-Client Privilege; Work Product |

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

12

| | Title | Bates | - | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|---|
| 125. | Email titled: RE: Luce appeal: request for documents | AC 05054 | | | 5/26/2005 | Gary Ford | Bill Hanrahan, Jim Cole | Attorney-Client Privilege; Work Product |
| 126. | Email re: missed call from Emily Harwood | AC 05055 | | | 6/9/2005 | Sheron Fletcher | Gary Ford, Lonie Hassel | Attorney-Client Privilege; Work Product |
| 127. | Email re: missed call from Emily Harwood | AC 05056 | | | 6/9/2005 | Sheron Fletcher | Jim Cole, Gary Ford | Attorney-Client Privilege; Work Product |
| 128. | Email re: missed call from Emily Harwood | AC 05057 | | | 6/9/2005 | Gary Ford | Sheron Fletcher, Jim Cole, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 129. | Email titled: RE: REES,BROOME, & DIAZ P.C. | AC 05058 | | | 6/9/2005 | Gary Ford | Sheron Fletcher, Jim Cole, Bill Hanrahan, Stephanie Love | Attorney-Client Privilege; Work Product |
| 130. | Email titled: Ullico Documents | AC 05059 | | | 6/9/2005 | Jim Cole | Miller Cochran | Attorney-Client Privilege; Work Product |
| 131. | Email titled: RE: REES,BROOME, & DIAZ P.C. | AC 05060 | | | 6/9/2005 | Jim Cole | Gary Ford, Sheron Fletcher, Bill Hanrahan, Stephanie Love | Attorney-Client Privilege; Work Product |
| 132. | Email titled: Luce Document Production Response Letter, attachment: Letter to Harwood 6-13-05 document | AC 05061 | | AC 05062 | 6/10/2005 | Jim Cole | Gary Ford, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 133. | Email titled: what's the deadline for making the decision... | AC 05063 | | | 6/13/2005 | Gary Ford | Bill Hanrahan, Jim Cole | Attorney-Client Privilege; Work Product |
| 134. | Email re: missed call from Emily Harwood | AC 05064 | | | 6/14/2005 | Sheron Fletcher | Gary Ford, Jim Cole, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 135. | Email titled: Document request | AC 05065 | | | 6/18/2005 | Gary Ford | James Paul, Jim Cole, Bill Hanrahan | Attorney-Client Privilege; Work Product |

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

| # | Title | Bates | - | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|---|
| 136. | Email titled: RE: Document request | AC 05066 | | | 6/18/2005 | James Paul | Gary Ford | Attorney-Client Privilege; Work Product |
| 137. | Email titled: Fw: Document request | AC 05067 | | | 6/18/2005 | Gary Ford | Bill Hanrahan, Jim Cole | Attorney-Client Privilege; Work Product |
| 138. | Email titled: Luce Document Index; attachment: Ullico Documents Spreadsheet | AC 05068 | | AC 05078 | 6/21/2005 | Miller Cochran | Bill Hanrahan, Jim Cole | Attorney-Client Privilege; Work Product |
| 139. | Email titled: FW Luce Document Index; attachment: Ullico Documents Spreadsheet | AC 05079 | | AC 05090 | 6/21/2005 | Bill Hanrahan | Gary Ford, Jim Cole, Miller Cochran | Attorney-Client Privilege; Work Product |
| 140. | Email titled: are we ready to send luce documents? | AC 05091 | | | 6/27/2005 | Gary Ford | Bill Hanrahan, Jim Cole | Attorney-Client Privilege; Work Product |
| 141. | Email titled: FW: are we ready to send luce documents? | AC 05092 | | | 6/27/2005 | Jim Cole | Miller Cochran | Attorney-Client Privilege; Work Product |
| 142. | Email titled: RE: are we ready to send luce documents? | AC 05093 | | | 6/28/2005 | Jim Cole | Gary Ford, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 143. | Email re: meeting time | AC 05094 | | | 6/28/2005 | Jim Cole | Miller Cochran, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 144. | Email re: meeting time | AC 05095 | | | 6/28/2005 | Miller Cochran | Jim Cole, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 145. | Email re: meeting time | AC 05096 | | | 6/29/2005 | Jim Cole | Bill Hanrahan, Miller Cochran | Attorney-Client Privilege; Work Product |
| 146. | Email re: meeting time | AC 05097 | | | 6/29/2005 | Miller Cochran | Jim Cole, Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 147. | Email re: meeting time | AC 05098 | | | 6/29/2005 | Jim Cole | Bill Hanrahan, Miller Cochran | Attorney-Client Privilege; Work Product |

13

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

| # | Title | Bates | - | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|---|
| 148. | Email titled: Luce-ULLICO document production | AC 05099 | | AC 05100 | 6/29/2005 | Bill Hanrahan | Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 149. | Email titled: Re: Luce-ULLICO document production | AC 05101 | | AC 05102 | 6/29/2005 | Jim Cole | Bill Hanrahan, Gary Ford | Attorney-Client Privilege; Work Product |
| 150. | Email titled: Luce document production | AC 05103 | | | 6/29/2005 | Bill Hanrahan | Gary Ford, Jim Cole, Miller Cochran | Attorney-Client Privilege; Work Product |
| 151. | Email titled: RE: Luce document production; attachment: Ullico Documents Spreadsheet version 3 | AC 05104 | | AC 05116 | 6/29/2005 | Miller Cochran | Bill Hanrahan, Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 152. | Email titled: Updated Ullico Administrative Record Index; attachment: Administrative Record Index Spreadsheet | AC 05117 | | AC 05129 | 6/30/2005 | Miller Cochran | Gary Ford, Bill Hanrahan, Jim Cole | Attorney-Client Privilege; Work Product |
| 153. | Email titled: Luce/ULLICO Admin Committee document production; attachment: Ullico Documents Spreadsheet version 3 | AC 05130 | | AC 05142 | 6/29/2005 | Bill Hanrahan | Brian A. Hill, Anthony J. Trenga, Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 154. | Email titled: FW: Updated Ullico Administrative Record Index; attachment: Administrative Record Index Spreadsheet | AC 05143 | | AC 05155 | 6/30/2005 | Bill Hanrahan | Brian A. Hill, Jim Cole, Gary Ford | Attorney-Client Privilege; Work Product |
| 155. | Email titled: FW: E.D.HARWOOD; attachment: Fax Image | AC 05156 | | AC 05161 | 7/7/2005 | Office Services | Bill Hanrahan, Bari Fauss | Attorney-Client Privilege; Work Product |
| 156. | Email titled: FW: E.D.HARWOOD; attachment: Fax Image | AC 05162 | | AC 05167 | 7/7/2005 | Bill Hanrahan | Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 157. | Email titled: FW: E.D.HARWOOD; attachment: Fax Image | AC 05168 | | AC 05173 | 7/7/2005 | Bill Hanrahan | Bari Fauss | Attorney-Client Privilege; Work Product |
| 158. | Email titled: Re: E.D.HARWOOD | AC 05174 | | | 7/7/2005 | Gary Ford | Bill Hanrahan, Jim Cole | Attorney-Client Privilege; Work Product |

14

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

15

| | Title | Bates | - | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|---|
| 159. | Email titled: Re: E.D.HARWOOD | AC 05175 | | | 7/7/2005 | Bari Fauss | Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 160. | Email titled: Re: E.D.HARWOOD | AC 05176 | | | 7/7/2005 | Bari Fauss | Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 161. | Email titled: Re: E.D.HARWOOD | AC 05177 | | | 7/7/2005 | Bill Hanrahan | Bari Fauss | Attorney-Client Privilege; Work Product |
| 162. | Email titled: Re: E.D.HARWOOD | AC 05178 | | | 7/7/2005 | Bill Hanrahan | Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 163. | Email titled: FW: E.D.HARWOOD; attachment: Fax Image | AC 05179 | | AC 05185 | 7/7/2005 | Bill Hanrahan | Joe Linehan, James Paul, Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 164. | Email titled: FW: E.D.HARWOOD; attachment: Fax Image | AC 05186 | | AC 05191 | 7/7/2005 | Bill Hanrahan | Brian A. Hill, Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 165. | Email titled: Re: E.D.HARWOOD | AC 05192 | | AC 05193 | 7/7/2005 | Brian Hill | Bill Hanrahan, Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 166. | Email titled: FW: E.D.HARWOOD | AC 05194 | | AC 05195 | 7/7/2005 | Bill Hanrahan | Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 167. | Email titled: Re: Please send me | AC 05196 | | | 7/12/2005 | Gary Ford | Jim Cole, Bill Hanrahan, Miller Cochran | Attorney-Client Privilege; Work Product |
| 168. | Email titled: Luce appeal | AC 05197 | | | 7/12/2005 | Bill Hanrahan | Miller Cochran | Attorney-Client Privilege; Work Product |
| 169. | Email titled: Re: Luce appeal | AC 05198 | | | 7/12/2005 | Miller Cochran | Bill Hanrahan | Attorney-Client Privilege; Work Product |
| 170. | Email titled: Re: Luce appeal | AC 05199 | | | 7/12/2005 | Bill Hanrahan | Miller Cochran | Attorney-Client Privilege; Work Product |

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

| # | Title | Bates | - | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|---|
| 171. | Letter re: James Luce Benefits Appeal | AC 05213 | | | 6/30/2005 | William F. Hanrahan | Brian A. Hill | Attorney-Client Privilege; Work Product |
| 172. | Administrative Record Index Spreadsheet | AC 05228 | | AC 05236 | 6/30/2005 | | | Attorney-Client Privilege; Work Product |
| 173. | Letter Re: James W. Luce – ULLICO, Inc. Pension Plan and Trust Appeal | AC 05296 | | | 5/13/2005 | James V. Cole | Robert E. Scully, Jr., Gary M. Ford | Attorney-Client Privilege; Work Product |
| 174. | Letter Re: James W. Luce – ULLICO, Inc. Pension Plan and Trust Appeal | AC 05317 | | AC 05318 | 6/30/2005 | William F. Hanrahan | Emily D. Harwood, Gary M. Ford, James V. Cole | Attorney-Client Privilege; Work Product |
| 175. | Draft letter Re: James W. Luce – ULLICO, Inc. Pension Plan and Trust Appeal | AC 05319 | | AC 05321 | 7/13/2005 | William F. Hanrahan | Emily D. Harwood, Gary M. Ford, James V. Cole | Attorney-Client Privilege; Work Product |
| 176. | Letter Re: James W. Luce – ULLICO, Inc. Pension Plan and Trust Appeal | AC 05322 | | AC 05323 | 6/30/2005 | William F. Hanrahan | Emily D. Harwood, Gary M. Ford, James V. Cole | Attorney-Client Privilege; Work Product |
| 177. | Letter re: James Luce Benefits Appeal | AC 05324 | | | 6/30/2005 | William F. Hanrahan | Brian A. Hill, Gary Ford, Jim Cole | Attorney-Client Privilege; Work Product |
| 178. | Letter Re: James W. Luce – ULLICO, Inc. Pension Plan and Trust Appeal of Denial of Benefits | AC 05325 | | | 6/21/2005 | Gary Ford | Emily D. Harwood | Attorney-Client Privilege; Work Product |
| 179. | Draft letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05326 | | AC 05333 | 5/11/2005 | James Paul | Robert E. Scully, Jr., James W. Luce, Theodore T. Green, Anthony J. Trenga | Attorney-Client Privilege; Work Product |
| 180. | Draft letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05334 | | AC 05361 | 5/17/2005 | James Paul | Robert E. Scully, Jr., James W. Luce, Theodore T. Green, Anthony J. Trenga | Attorney-Client Privilege; Work Product |

16

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

17

| | Title | Bates | - | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|---|
| 181. | Draft letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05362 | | AC 05386 | 5/18/2005 | James Paul | Robert E. Scully, Jr., James W. Luce, Theodore T. Green, Anthony J. Trenga | Attorney-Client Privilege; Work Product |
| 182. | Draft letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05387 | | AC 05411 | 5/18/2005 | James Paul | Robert E. Scully, Jr., James W. Luce, Theodore T. Green, Anthony J. Trenga | Attorney-Client Privilege; Work Product |
| 183. | Draft letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05412 | | AC 05435 | 5/18/2005 | James Paul | Robert E. Scully, Jr., James W. Luce, Theodore T. Green, Anthony J. Trenga | Attorney-Client Privilege; Work Product |
| 184. | Draft letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05436 | | AC 05459 | 5/18/2005 | James Paul | Robert E. Scully, Jr., James W. Luce, Theodore T. Green, Anthony J. Trenga | Attorney-Client Privilege; Work Product |
| 185. | Draft letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05460 | | AC 05486 | 5/19/2005 | Joseph R. Linehan | Robert E. Scully, Jr. | Attorney-Client Privilege; Work Product |
| 186. | Draft letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05487 | | AC 05513 | 5/20/2005 | Joseph R. Linehan | Robert E. Scully, Jr. | Attorney-Client Privilege; Work Product |
| 187. | Letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05514 | | AC 05528 | 5/20/2005 | Joseph R. Linehan | Robert E. Scully, Jr. | Attorney-Client Privilege; Work Product |

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

18

| | Title | Bates | - | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|---|
| 188. | Draft letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05529 | | AC 05555 | 5/20/2005 | Joseph R. Linehan | Robert E. Scully, Jr. | Attorney-Client Privilege; Work Product |
| 189. | Draft letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05556 | | AC 05558 | 5/18/2005 | James Paul | Robert E. Scully, Jr., James W. Luce, Theodore T. Green, Anthony J. Trenga | Attorney-Client Privilege; Work Product |
| 190. | Draft letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05559 | | AC 05562 | 5/18/2005 | James Paul | Robert E. Scully, Jr., James W. Luce, Theodore T. Green, Anthony J. Trenga | Attorney-Client Privilege; Work Product |
| 191. | Draft letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05563 | | AC 05589 | 5/20/2005 | Joseph R. Linehan | Robert E. Scully, Jr. | Attorney-Client Privilege; Work Product |
| 192. | Letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05590 | | AC 05604 | 5/20/2005 | Joseph R. Linehan | Robert E. Scully, Jr. | Attorney-Client Privilege; Work Product |
| 193. | Draft letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05605 | | AC 05631 | 5/20/2005 | Joseph R. Linehan | Robert E. Scully, Jr. | Attorney-Client Privilege; Work Product |
| 194. | Draft letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05632 | | AC 05658 | 5/20/2005 | Joseph R. Linehan | Robert E. Scully, Jr. | Attorney-Client Privilege; Work Product |

Groom Law Group Supplemental Production Privilege Log in Luce v. Ullico, Inc.

| # | Title | Bates | - | Range | Date | From | To | Note |
|---|---|---|---|---|---|---|---|---|
| 195. | Draft letter Re: James W. Luce Appeal to the Employee Benefit Plans Administrative Committee as Plan Administrator for the ULLICO Inc. Pension Plan and Trust | AC 05659 | | AC 05685 | 5/20/2005 | Joseph R. Linehan | Robert E. Scully, Jr. | Attorney-Client Privilege; Work Product |
| 196. | Chart of Actions Taken with Respect to the ULLICO Inc. Pension Plan and Trust | AC 05686 | | AC 05695 | | | | Attorney-Client Privilege; Work Product |
| 197. | Sarah A. Huck (SAH) Notes on Ratification | AC 05736 | | AC 05738 | 5/18/2005 | | | Attorney-Client Privilege; Work Product |
| 198. | SAH Notes on Adherence to Specific Amendment Procedure | AC 05739 | | AC 05740 | 5/17/2005 | | | Attorney-Client Privilege; Work Product |
| 199. | SAH Ullico Inserts re: Ratification | AC 05741 | | AC 05743 | 5/18/2005 | | | Attorney-Client Privilege; Work Product |
| 200. | Ullico Documents Index Spreadsheet | AC 05744 | | AC 05748 | 5/17/2005 | | | Attorney-Client Privilege; Work Product |
| 201. | SAH Legal Research Notes Volume 1 | | | | | | | Attorney-Client Privilege; Work Product |
| 202. | SAH Legal Research Notes Volume 2 | | | | | | | Attorney-Client Privilege; Work Product |

19