UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES W. LUCE : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.: 05-1996-RJL |
| v. : | |
| : | |
| ULLICO INC. PENSION PLAN & TRUST, : et al. | |
| : | |
| Defendants. : | |

### JAMES W. LUCE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THE ULLICO INC. PENSION PLAN & TRUST AND THE ULLICO INC. EMPLOYEE BENEFIT PLAN ADMINISTRATIVE COMMITTEE

James W. Luce submits this motion, pursuant to Fed. R. Civ. P. 37(a)(2)(B), to compel production of documents withheld on grounds of prvilege by the ULLICO Inc. Pension Plan & Trust and the ULLICO Inc. Employee Benefit Plan Administrative Committee in response to Luce's First Request for Production of Documents. For the reasons addressed in the accompanying Memorandum of Law in Support of the Motion, James W. Luce respectfully requests that this Court order the ULLICO Inc. Pension Plan & Trust and the ULLICO Inc. Employee Benefit Plan Administrative Committee to produce all documents responsive to the Requests.

### LOCAL RULE 7(m) CERTIFICATION

The undersigned certifies that he conferred with counsel for the ULLICO Inc. Pension Plan & Trust and the ULLICO Inc. Employee Benefit Plan Administrative Committee, Brian A. Hill, via telephone, on April 6 and April 7, 2006, to attempt to

2

resolve the matters addressed in this motion.  The parties were unable to agree on a resolution.

Date:  May 24, 2006                                      Respectfully Submitted,

                                                         _____/s/_____
                                                         **Robert E. Scully, Jr.**
                                                         **REES, BROOME & DIAZ, P.C.**
                                                         **8133 Leesburg Pike, Ninth Floor**
                                                         **Vienna, Virginia 22182**
                                                         **(703) 790-1911**
                                                         **Fax No.  (703) 790-5249**
                                                         **Counsel for James W. Luce**
                                                         **D.C. Bar No. 340828**

K:\12\12410\00003\PLDNGS\060327 Motion to Compel Plan 05cv1996.doc