## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES W. LUCE, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 05-cv-1996(RJL) |
| ULLICO INC. PENSION PLAN AND TRUST, et al. | : |
| Defendants. | : |

### ORDER

Upon consideration of James W. Luce's Motion to Compel production of Documents from the Defendants; it is hereby

**ORDERED** that the Plaintiff's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Defendants ULLICO Inc. Pension Plan & Trust and ULLICO Inc. Employee Benefit Plan Administrative Committee shall produce all documents listed on their privilege log within two weeks from entry of this order.

**SO ORDERED**.

Date: _____     _____
                                 Honorable Richard J. Leon
                                 United States District Judge