# UNITED STATES DISTRCT COURT
## FOR THE DISTRICT OF COLUMBIA

JAMES W. LUCE                                    :
                                                 :
    **Plaintiff,**                         :
                                                 :  **Civil Action No.: 05-1996-RJL**
**v.**                                           :
                                                 :
ULLICO INC. PENSION PLAN & TRUST,                :
et al.                                           :
                                                 :
                                                 :

## JAMES W. LUCE'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM THE GROOM LAW GROUP

James W. Luce submits this motion, pursuant to Fed. R. Civ. P. 45(c)(2)(B), to compel production of documents identified in a third-party subpoena duces tecum properly served on the Groom Law Group ("Groom") on March 7, 2006.  For the reasons addressed in the accompanying Memorandum of Law in Support of the Motion, James W. Luce respectfully requests that this Court overrule Groom's objections and order Groom to produce all documents responsive to the subpoena.

## LOCAL RULE 7(m) CERTIFICATION

The undersigned ceritifies that he cenferred with counsel at The Groom Law Group, William F. Hanrahan, via telephone, on April 6 and April 7, 2006, to attempt to resolve the matters addressed in this motion.  The parties were unable to agree on a resolution.

Date:  June 8, 2006                      Respectfully Submitted,

                                    _____/s/_____
                                    **Robert E. Scully, Jr.**
                                    **REES, BROOME & DIAZ, P.C.**
                                    **8133 Leesburg Pike, Ninth Floor**
                                    **Vienna, Virginia 22182**
                                    **(703) 790-1911**
                                    **Fax No.  (703) 790-5249**
                                    **Counsel for James W. Luce**
                                    **D.C. Bar No. 340828**


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing James W. Luce's Motion to Compel was mailed, postage prepaid to:

**Thomas S. Gigot, Esquire**
**Groom Law Group, Chartered**
**1701 Pennsylvania Avenue, N.W.**
**Washington, D.C. 20006**

this 8th day of June, 2006.

                                    _____**/s/**_____
                                    **Robert E. Scully, Jr.**


K:\12\12410\00003\PLDNGS\060531 Motion to Compel Groom 05cv1996.doc