## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES W. LUCE, | : |
|    Plaintiff, | : |
| v. | :  Civ. Action No. 05-cv-1996(RJL) |
| ULLICO INC. PENSION PLAN AND TRUST, et al. | : |
|    Defendants. | : |

### ORDER

Upon consideration of James W. Luce's Motion to Compel production of Documents from Groom Law Group; it is hereby

**ORDERED** that the Plaintiff's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that The Groom Law Group Chartered shall produce documents numbered 8-22, 24-28, 30, 32-38, 40-43, 46-58, 64, 67-68, 71-72, 86-91, 95-100, 102-103, 105-116, 118-122, 135-137 and 179-202 from its privilege log within two weeks from entry of this order.

**SO ORDERED**.

Date: _____          _____
                                     Honorable Richard J. Leon
                                     United States District Judge