# EXHIBIT B



**GROOM
LAW GROUP**

*www.groom.com*

William F. Hanrahan
(202) 861-6629
wfh@groom.com

July 13, 2005

**By Federal Express**

Emily D. Harwood, Esq.
Rees, Broome & Diaz, P.C.
8133 Leesburg Pike
Ninth Floor
Vienna, Virginia 22182

   Re:   <u>James W. Luce - ULLICO Inc. Pension Plan and Trust Appeal</u>

Dear Ms. Harwood:

   We are transmitting herewith the additional documents considered or relied upon by the Administrative Committee of the ULLICO Inc. Pension Plan and Trust in connection with Mr. Luce's appeal of the denial of his claim for additional pension benefits. These additional documents are numbered AC 01204 through AC 01642. These documents include the redacted minutes of the ULLICO Board of Directors, the Executive Committee of the Board, and the Benefits Committee.

   We have reviewed your letter dated July 7, 2005, objecting to the Administrative Committee's redaction of documents that contain what the Committee believes to be privileged information or information not relevant to the review of Mr. Luce's claim for benefits. Because your letter makes clear that these issues will be the subject of litigation, we think that the court proceeding is the appropriate forum to argue the merits of the parties' positions.

   Your July 7 letter also raises a question about the need to produce minutes of the Administrative Committee's meetings concerning Mr. Luce's appeal. We are examining



Emily D. Harwood, Esq.
July 13, 2005
Page 2


whether such minutes exist.  We will communicate further on this question as promptly as possible.

                                    Very truly yours,

                                    William F. Hanrahan

Enclosures
cc:    Gary M. Ford (w/o encl.)
       James V. Cole (w/o encl.)