UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James W. Luce ) | |
| ) | |
| v. ) | Case Number 1:05CV01996 (RJL) |
| ) | |
| ULLICO Inc. Pension Plan ) | |
| and Trust, et al. ) | |

**Consent Motion to Extend Time to File an Opposition to
James W. Luce's Motion to Compel the Production of Documents
From the Groom Law Group, Chartered.**

Non-party witness Groom Law Group, Chartered, by and through its undersigned counsel, hereby requests that this Court extend the time for it to file its opposition to James W. Luce's Motion to Compel the Production of Documents from Groom Law Group, Chartered by one week, through and including June 29, 2006.

The reasons for this motion are as follows:

1. Plaintiff's Motion to Compel the Production of Documents was filed and served by mail on June 8, 2006.

2. Under L.Civ.R. 7(b), an opposition is required to be filed on or before June 22, 2006.

3. Counsel principally responsible for preparing Groom Law Group, Chartered's opposition was out of town from June 8, 2006 through June 12, 2006 on a previously scheduled trip, and has other professional commitments that will reduce the time available to complete work on the memorandum in opposition.

4.  Counsel for the Plaintiff and counsel for the defendants have authorized undersigned counsel to represent that they consent to this motion.

WHEREFORE, Groom Law Group, Chartered requests that its time to file its opposition to James W. Luce's Motion to Compel Production of Documents be extended through and including June 27, 2006.

Respectfully submitted,

June 19, 2006

/s/
Thomas S. Gigot
(D.C. Bar No. 384668)
William F. Hanrahan
(D.C. Bar No. 362425)
Katherine S. Kamen
(D.C. Bar No. 429153)
Groom Law Group, Chartered
1701 Pennsylvania Ave., N.W.
Suite 1200
Washington, D.C.  20006