UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES W. LUCE, | ) |
| Plaintiff, | ) |
| v. | ) |
| ULLICO INC. PENSION PLAN & TRUST, et al., | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

Pending before the Court is Plaintiff James W. Luce's [Amended] Motion to Compel Production of Documents From the ULLICO Inc. Pension Plan & Trust and the ULLICO Inc. Employee Benefit Plan Administrative Committee ("Motion to Compel") [18] and the Memorandum in support of the Motion to Compel [14]; Defendants' opposition to the Motion to Compel ("Opposition") [17]; and Plaintiff's reply to the Opposition ("Reply") [20].[1]  Plaintiff James W. Luce ("Luce") requests that the Court compel ULLICO Inc., *et al.* ("ULLICO") to produce the documents listed on ULLICO's privilege log, which is attached as Memorandum, Exhibit 6.  Defendants assert, *inter alia*, that such documents are attorney-client privileged and/or protected under the work product doctrine. Plaintiff disputes the application of privilege or

---

[1] Plaintiff James Luce initially filed his motion to compel on May 24, 2006, and it was docketed at [13], along with the May 24, 2006 Memorandum [14], but that initial motion to compel was amended by the instant Motion to Compel [18] dated June 9, 2006.

protection. It is accordingly, this 29th day of June, 2006,

ORDERED that the Court's ruling on this Motion to Compel is deferred until the Court conducts an *in camera* review of the documents listed on ULLICO's privilege log. A copy of these documents should be submitted to chambers within five days of the date of this Memorandum Order.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE