UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES W. LUCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 05-01996 |
| ) | |
| ULLICO INC. PENSION PLAN & TRUST, ) et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM ORDER**

Pending before the Court is Plaintiff James W. Luce's [Amended] Motion to Compel Production of Documents from Groom Law Group, Chartered ("Motion to Compel")[19] and the Memorandum in support of the Motion to Compel ("Memorandum") [16]; Groom Law Group, Chartered's Opposition to James W. Luce's Motion to Compel ("Opposition") [24]; and Plaintiff James W. Luce's Reply Brief in Support of the Motion to Compel ("Reply") [25].[1] Plaintiff James W. Luce ("Luce") requests that the Court compel Groom Law Group, Chartered ("Groom") to produce the documents listed on Groom's privilege log, which is attached to the Memorandum as Exhibit 4 [16]. Groom asserts that such documents are attorney-client privileged and/or protected under the work product doctrine. Plaintiff disputes the application of privilege or protection. In the absence of document descriptions permitting the court to make an assessment on privilege or protection, the court has no basis to make a ruling. It is accordingly,

---

[1] Plaintiff James Luce initially filed his motion to compel on June 8, 2006, and it was docketed at [15], along with the June 8, 2006 Memorandum [16], but that initial motion to compel was amended by the instant Motion to Compel [19] dated June 9, 2006.

this 14th day of July 2006,

ORDERED that the Court's ruling on this Motion to Compel is deferred until the Court conducts an *in camera* review of the documents listed on Groom's privilege log. A copy of these documents should be submitted to chambers on or before five days from the date of entry of this Memorandum Order.

\_\_\_\_\_/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE