IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES W. LUCE,

                Plaintiff,                Civil Action No.: 05-01996

v

ULLICO INC. PENSION PLAN & TRUST,

                Defendant.

## CONSENT MOTION FOR PARTIAL STAY
## OF THE COURT'S AUGUST 30, 2006 ORDER

Groom Law Group, Chartered, ("Groom"), a non-party to the above-captioned matter, pursuant to Fed. R. Civ. P. 60(a), and L.Cv. R. 7, respectfully moves the Court for a limited stay of its Memorandum Order of August 30, 2006 (the "August 30th Order") so that Groom is not required to produce documents Bates-labeled AC 02456-02460, AC 02626-02627, AC 03976-03988, and AC 04345-04346 during such time that the Court is considering Groom's Motion for Modification of the August 30th Order, which is filed simultaneously with this Motion for Partial Stay.

The grounds supporting this Motion are set forth in the attached Memorandum of Points and Authorities. Pursuant to L. Cv. R. 7(m), counsel for Groom has conferred with counsel for Plaintiff James W. Luce and Defendant ULLICO Inc. Pension Plan & Trust prior to the filing of this Motion, and neither party opposes this Motion. With respect to L. Cv. R. 7(f), Groom believes that no oral hearing is necessary on this Motion.

September 6, 2006               Respectfully submitted,

                                /s/_____
                                Mark C. Nielsen (DC Bar No 465220)
                                Thomas S. Gigot (DC Bar No. 384668)
                                Groom Law Group, Chartered
                                1701 Pennsylvania Avenue, NW
                                Washington, DC  20006
                                Telephone:   202.857.0620
                                Facsimile:   202.659.4503
                                Email:       tsg@groom.com
                                             mcn@groom.com

                                **Attorneys for Groom Law Group, Chartered**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES W. LUCE,

          Plaintiff,          Civil Action No.: 05-01996

v

ULLICO INC. PENSION PLAN & TRUST,

          Defendant.

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF GROOM LAW GROUP'S MOTION FOR PARTIAL STAY OF THE COURT'S AUGUST 30, 2006 ORDER

Groom Law Group, Chartered, ("Groom"), a non-party to the above-captioned matter, respectfully submits this Memorandum of Points and Authorities in Support of its Motion for Partial Stay of the Court's August 30, 2006 Memorandum Order, which compelled the production of certain documents to Plaintiff James W. Luce (the "August 30th Order").

### I.   The Court's August 30th Order Compelling Production

On August 30, 2006, the Court issued a Memorandum Order granting in part and denying in part the Motion to Compel filed by Plaintiff James W. Luce ("Luce"), with respect to documents listed on Groom's privilege log. In its August 30th Order, the Court instructed Groom to provide Luce with copies of specific documents detailed on Appendix A to the Order, within five days of such Order. Appendix A also identified those documents that the Court determined were not subject to production, due to the application of the attorney-client privilege and/or attorney work-product doctrine.

As described in greater detail in Groom's Motion for Modification of the August 30th Order ("Motion for Modification"), it appears that there was a clerical error on Appendix A to

3

the Court's order, since certain documents were listed on the Appendix as protected from disclosure, while duplicate versions of the same documents were, in certain instances, listed as subject to disclosure.

To clarify the Court's Order, and to ensure that privileged documents are not disclosed due to a clerical error, Groom has filed, as a companion to this Motion, a Motion for Modification, asking the Court to clarify that the following documents are not subject to production to Luce:

>Bates Nos. AC 02456-02460
>
>Bates Nos. AC 02626-02627
>
>Bates Nos. AC 03976-03988
>
>Bates Nos. AC 04345-04346

## II. A Partial Stay of the August 30th Order Is Appropriate.

The August 30th Order requires Groom to produce the documents identified on Appendix A within five days of the Order—which is September 7, 2006, under Fed. R. Civ. P. 6(a). Given that it is unlikely that the Court will rule on Groom's Motion for Modification before September 7, 2006, unless a partial stay is granted with respect to the documents at issue, Groom will be placed in the untenable position of either producing privileged documents before a ruling is rendered on its Motion for Modification, or failing to comply with the Court's Order.

To avoid such an irreconcilable conflict, a partial stay of the Court's August 30th Order is appropriate, especially since the stay would apply only to the four sets of documents at issue in Groom's Motion for Modification, which are duplicate versions of documents that the Court ruled were privileged. Granting a partial stay of the August 30th Order thus will prevent the potential for great harm that would result if the privileged documents were required to be

4

disclosed due to a clerical error on Appendix A. Further, Luce will not be prejudiced by the brief—and limited—stay of the August 30th Order, since Groom will have provided him with all other documents required to be disclosed by the August 30th Order, and there are no pending matters in this action that require immediate disclosure of the limited documents at issue.

Filing a motion to stay a Magistrate Judge's discovery order pending submission of a motion for reconsideration has been recognized as a preferred course of action. See, e.g., McDowell v. Government of Dist. of Columbia, 233 F.R.D. 192, 202 (D.D.C. 2006). A court has broad discretion when considering a motion to stay, and in evaluating the motion, the court must "exercise [its] judgment, [and] must weigh competing interests and maintain an even balance." Landis v. North American Co., 299 U.S. 248, 255 (1936).

### III.   Conclusion

For the foregoing reasons, Groom respectfully moves the Court for a partial stay of the August 30th Order, providing that Groom is not required to produce documents Bates-labeled AC 02456-02460, AC 02626-02627, AC 03976-03988, and AC 04345-04346 during such time that the Court is considering Groom's Motion for Modification.

September 6, 2006                              Respectfully submitted,

                                               __/s/_____
                                               Mark C. Nielsen (DC Bar No 465220)
                                               Thomas S. Gigot (DC Bar No. 384668)
                                               Groom Law Group, Chartered
                                               1701 Pennsylvania Avenue, NW
                                               Washington, DC  20006
                                               Telephone:   202.857.0620
                                               Facsimile:   202.659.4503
                                               Email:       tsg@groom.com
                                                            mcn@groom.com

                                               **Attorneys for Groom Law Group, Chartered**

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES W. LUCE,

        Plaintiff,                Civil Action No.: 05-01996

v

ULLICO INC. PENSION PLAN & TRUST,

        Defendant.

## PROPOSED ORDER

**IT IS HEREBY ORDERED** that the Court's August 30, 2006 Memorandum Order (the "August 30th Order") is partially stayed, and that Groom Law Group, Chartered ("Groom") is not required to produce documents Bates-labeled AC 02456-02460, 02626-02627, 03976-03988, and 04345-04346 while the Court considers Groom's Motion for Modification of the August 30th Order.

Dated this ___ day of September, 2006.        _____

                                                                                   Alan Kay
                                                                                    United States Magistrate Judge

Counsel to be notified:

Robert E. Scully, Jr.
Rees, Broome & Diaz, P.C.
8133 Leesburg Pike, Ninth Floor
Tysons Corner
Vienna, VA 22182
Counsel for Plaintiff

| | |
|---|---|
| Anthony J. Trenga<br>Brian A. Hill<br>Miller & Chevalier, Chartered<br>655 15th Street, NW<br>Washington, DC 20005<br>Counsel for Defendant | Thomas S. Gigot<br>Mark C. Nielsen<br>Groom Law Group. Chartered<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Counsel for Groom Law Group |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of Groom Law Group's Motion for Partial Stay of the Court's August 30, 2006 Order, Memorandum of Points and Authorities in Support of the Motion, and Proposed Order was served, via electronic delivery and First-Class Mail, on the 6th day of September 2006, upon the following:

Robert E. Scully, Jr.
Rees, Broome & Diaz, P.C.
8133 Leesburg Pike, Ninth Floor
Tysons Corner
Vienna, VA 22182

Counsel for Plaintiff


Anthony J. Trenga
Brian A. Hill
Miller & Chevalier, Chartered
655 15th Street, NW
Washington, DC 20005

Counsel for Defendant


September 6, 2006

__/s/_____
Mark C. Nielsen (DC Bar No 465220)
Thomas S. Gigot (DC Bar No. 384668)
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:   202.857.0620
Facsimile:   202.659.4503
Email:       mcn@groom.com

**Attorney for Defendant**