## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JAMES W. LUCE,**

     **Plaintiff,**     **Civil Action No.: 05-01996**

**v**

**ULLICO INC. PENSION PLAN & TRUST,**

     **Defendant.**

## MOTION FOR MODIFICATION OF THE COURT'S
## AUGUST 30, 2006 ORDER

  Groom Law Group, Chartered, ("Groom"), a non-party to the above-captioned

matter, pursuant to Fed. R. Civ. P. 60(a), and L.Cv. R. 7, respectfully moves for

modification of the Court's August 30, 2006 Memorandum Order (the "August 30th

Order"), to clarify that Groom is not required to produce documents Bates-labeled AC

02456-02460, AC 02626-02627, AC 03976-03988, and AC 04345-04346, which are

duplicate versions of documents that the Court ruled were protected from disclosure.

Upon the Court's request, Groom will re-submit the documents at issue for *in camera*

inspection.

  The grounds supporting this Motion are set forth in the attached Memorandum of

Points and Authorities.  Pursuant to L. Cv. R. 7(m), counsel for Groom has conferred

with counsel for Plaintiff James W. Luce and Defendant ULLICO Inc. Pension Plan &

Trust (the "ULLICO Plan") prior to the filing of this Motion.  Counsel for the ULLICO

Plan consents to this Motion; counsel for Plaintiff does not consent to this Motion, but

does not oppose Groom's companion Motion for Partial Stay of the August 30th Order,

pending the Court's ruling on this Motion for Modification.  With respect to L. Cv. R.

7(f), Groom believes that no oral hearing is necessary on this Motion.


September 6, 2006                    Respectfully submitted,

                                    _/s/_____
                                    Mark C. Nielsen (DC Bar No. 465220)
                                    Thomas S. Gigot (DC Bar No. 384668)
                                    Groom Law Group, Chartered
                                    1701 Pennsylvania Avenue, NW
                                    Washington, DC  20006
                                    Telephone:    202.857.0620
                                    Facsimile:    202.659.4503
                                    Email:        tsg@groom.com
                                                  mcn@groom.com

                                    **Attorneys for Groom Law Group, Chartered**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JAMES W. LUCE,**

                **Plaintiff,**               **Civil Action No.: 05-01996**

**v**

**ULLICO INC. PENSION PLAN & TRUST,**

                **Defendant.**

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF GROOM LAW GROUP'S MOTION FOR MODIFICATION OF THE COURT'S AUGUST 30, 2006 ORDER

Groom Law Group, Chartered, ("Groom"), a non-party to the above-captioned matter, respectfully submits this Memorandum of Points and Authorities in Support of its Motion for Modification of the Court's August 30, 2006 Memorandum Order, which compelled the production of certain documents to Plaintiff James W. Luce (the "August 30th Order," or the "Order").

## I.    The Court's August 30th Order Compelling Production

On August 30, 2006, the Court issued a Memorandum Order granting in part and denying in part the Motion to Compel filed by Plaintiff James W. Luce ("Luce"), with respect to documents listed on Groom's privilege log. In its August 30th Order, the Court instructed Groom to provide Luce with copies of specific documents detailed on Appendix A to the Order, within five days of such Order. Appendix A also identified those documents that the Court determined were <u>not</u> subject to production, due to the application of the attorney-client privilege and/or attorney work-product doctrine.

II.    **Appendix A Provides that Specific Documents Are Privileged, But that Copies of the Same Documents Are Not Privileged.**

Although Appendix A of the August 30th Order identified certain documents as protected from disclosure, the Appendix, in certain instances, listed duplicate versions of the same documents as subject to disclosure. Specifically, Appendix A listed the following versions of the same documents as both subject to production and protected from disclosure:

| Category | Version Ordered Produced | Version Ruled Privileged or Protected | Ruling on Privileged or Protected Version |
|---|---|---|---|
| Index of ULLICO documents | AC 02456-02460 (Appendix A Doc. ID No. 6) | AC 04686-04690 (Appendix A Doc. ID No. 85) | Work Product |
| Notes: Adherence to Specific Amendment Procedure | AC 02626-02627 (Appendix A Doc. ID No. 23) | AC 05739-40 (Appendix A Doc. ID Nos. 197-200) | Privileged and/or protected |
| ULLICO Jim Luce Administrative Record Index | AC 03976-03987 (Appendix A Doc. ID Nos. 24-29) | AC 05228-5236 (Appendix A Doc. ID Nos. 163-172) | Privileged and/or protected |
| Letter re: James Luce Benefits Appeal | AC 03988 (Appendix A Doc. ID Nos. 24-29) | AC 05324 (Appendix A Doc. ID No. 177) | Privileged and/or protected |
| Email titled: Fw: Carabillo v. ULLICO Inc. Pension Plan and Trust | AC 04345-4346 (Appendix A Doc. ID No. 50) | AC 04471 (Appendix A Doc. ID No. 56) | Work Product[1] |

---

[1] Document AC 04471, which Appendix A lists as "Work Product," is a transmittal email from Defendant's litigation counsel to Gary Ford, an attorney with Groom, to which are attached a number of documents. AC 04345-04346 is an email from Mr. Ford to other attorneys at Groom, which forwards document AC 04471, and which sets forth Mr. Ford's mental impressions. Groom respectfully submits that documents AC 04345-04346 clearly constitute attorney work product, and are subject to the attorney-client privilege since they include communications between counsel for the same client.

The Court's rulings that these materials are either attorney-client communications or work product are clearly correct. All these documents were prepared during the pendency of litigation and therefore qualify as "ordinary" work product. Moreover, AC 02626-02627, AC 3988, AC 4345-4346 also contain attorney mental impressions and are therefore protected as work product for that reason as well. Furthermore, AC 03988 and AC 04345-04346 are also protected by the attorney-client privilege since they contain communications pertaining to legal advice between attorneys for the same client. Upon the Court's request, Groom will re-submit the documents at issue for *in camera* inspection.

Accordingly, to ensure compliance with the Court's August 30th Order while simultaneously ensuring that privileged documents are not disclosed due to a clerical error on Appendix A, Groom respectfully moves the Court to modify its August 30th Order, to clarify that Bates Nos. AC 02456-02460, AC 02626-02627, AC 03976-03988, and AC 04345-04346 are not subject to production.

## III.    Conclusion

For the foregoing reasons, Groom respectfully moves the Court to modify its August 30th Order, to clarify that Bates Nos. AC 02456-02460; AC 02626-02627; AC 03976-03988; and AC 04345-04346 are not subject to production.

September 6, 2006                    Respectfully submitted,


                                    __/s/_____
                                    Mark C. Nielsen (DC Bar No. 465220)
                                    Thomas S. Gigot (DC Bar No. 384668)
                                    Groom Law Group, Chartered
                                    1701 Pennsylvania Avenue, NW
                                    Washington, DC  20006
                                    Telephone:     202.857.0620
                                    Facsimile:     202.659.4503
                                    Email:         tsg@groom.com
                                                   mcn@groom.com
                                    **Attorneys for Groom Law Group, Chartered**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JAMES W. LUCE,**

                  **Plaintiff,**               **Civil Action No.: 05-01996**

**v**

**ULLICO INC. PENSION PLAN & TRUST,**

                  **Defendant.**

### PROPOSED ORDER

**IT IS HEREBY ORDERED** that the Court's August 30, 2006 Memorandum

Order (the "August 30th Order") is modified and that Groom Law Group, Chartered

("Groom") is not required to produce documents Bates-labeled AC 02456-02460, AC

02626-02627, AC 03976-03988, and AC 04345-04346.

Dated this _____ day of_____, 2006.

                                              _____

                                              Alan Kay
                                              United States Magistrate Judge

Counsel to be notified:

Robert E. Scully, Jr.
Rees, Broome & Diaz, P.C.
8133 Leesburg Pike, Ninth Floor
Tysons Corner
Vienna, VA  22182
Counsel for Plaintiff

Anthony J. Trenga                         Thomas S. Gigot
Brian A. Hill                                 Mark C. Nielsen
Miller & Chevalier, Chartered          Groom Law Group. Chartered
655 15th Street, NW                    1701 Pennsylvania Avenue, NW
Washington, DC  20005               Washington, DC  20006
Counsel for Defendant               Counsel for Groom Law Group

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of Groom Law Group's Motion for

Modification of the Court's August 30, 2006 Order, Memorandum of Points and

Authorities in Support of the Motion, and Proposed Order was served, via electronic

delivery and First-Class Mail, on the 6th day of September 2006, upon the following:

> Robert E. Scully, Jr.
> Rees, Broome & Diaz, P.C.
> 8133 Leesburg Pike, Ninth Floor
> Tysons Corner
> Vienna, VA 22182
> Counsel for Plaintiff


> Anthony J. Trenga
> Brian A. Hill
> Miller & Chevalier, Chartered
> 655 15th Street, NW
> Washington, DC 20005
> Counsel for Defendant


September 6, 2006                    __/s/_____
                                     Mark C. Nielsen (DC Bar No. 465220)
                                     Thomas S. Gigot (DC Bar No. 384668)
                                     Groom Law Group, Chartered
                                     1701 Pennsylvania Avenue, NW
                                     Washington, DC 20006
                                     Telephone:    202.857.0620
                                     Facsimile:    202.659.4503
                                     Email:        tsg@groom.com
                                                   mcn@groom.com

                                     **Attorney for Defendant**