UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES W. LUCE : <br> : <br> Plaintiff, : <br> : Civil Action No.: 05-1996-RJL <br> v. : <br> : <br> ULLICO INC. PENSION PLAN & TRUST, : <br> et al. : <br> : <br> : | |

### JAMES W. LUCE'S MEMORANDUM IN OPPOSITION GROOM LAW GROUP'S MOTION FOR MODIFICATION OF THE AUGUST 30, 2006 ORDER

Plaintiff James W. Luce submits this memorandum in opposition to Groom Law Group, Chartered's ("Groom") Motion for Modification of the Court's August 30, 2006 Order.

Groom attempts to disguise what is clearly a motion to reconsider the Court's August 30, 2006 Order, by asserting that "clerical mistakes" were made and calling it a motion for "modification". Yet, it is obvious from the face of Groom's Motion that Groom is asking the Court to reconsider certain aspects of its ruling on Luce' Motion to Compel. Because Luce does not know the contents of the documents in question, he is limited in his ability to respond to the specific arguments made with respect thereto. Nonetheless, with respect to at least one portion of the documents, AC 04345-04346 and AC 04471, it is evident that the documents are not, in fact, duplicates, and, therefore the inclusion of AC 04345-04346 among the documents to be produced was not a "clerical error". *See* Memorandum of Points and Authorities

in Support of the Motion for Modification [Document 31] at 4 n.1.  With respect to the other documents identified in Groom's Motion, Luce relies on the arguments set forth in his Memorandum of Points and Authorities in Support of his Motion to Compel [Document 16], which is incorporated herein by reference.  Groom has failed to demonstrate how the August 30, 2006 Order is "clearly erroneous or contrary to law" and its objection and motion for reconsideration must be denied.  *See* Fed. R. Civ. P. 72(a).

## CONCLUSION

For the reasons stated, this Court should enter an Order denying Groom Law Group's Motion for Modification and ordering Groom Law Group to produce documents numbered AC 02456-02460, AC 02626-02627, AC 03976-03988, and AC 04345-04346 within 5 days of the date of such Order.

Date:  September 7, 2006                    Respectfully Submitted,

                                            _____/s/_____
                                            Robert E. Scully, Jr.
                                            REES, BROOME & DIAZ, P.C.
                                            8133 Leesburg Pike, Ninth Floor
                                            Vienna, Virginia 22182
                                            (703) 790-1911
                                            Fax No.  (703) 790-5249
                                            Counsel for James W. Luce
                                            D.C. Bar No. 340828

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum of Law in Opposition to Groom Law Group's Motion for Modification of the August 30, 2006 Order was sent via elecrtonic mail and U.S. mail, postage prepaid, to:

>Mark C. Nielson. Esquire
>Thomas S. Gigot, Esquire
>Groom Law Group, Chartered
>1701 Pennsylvania Avenue, N.W.
>Washington, D.C. 20006
>mcn@groom.com
>tsg@groom.com

this 7th day of September, 2006.

>                /s/
>Robert E. Scully, Jr.

K:\12\12410\00003\PLDNGS\060907 Memo in Opposition to Groom motion to modify 05cv1996.doc