**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAMES W. LUCE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. Action No. 05-cv-1996(RJL) |
| | : | |
| ULLICO INC. PENSION PLAN | : | |
| AND TRUST, et al. | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

Upon consideration of Groom Law Group's Motion for Modification of the Court's

August 30, 2006 Order; it is hereby

**ORDERED** that Groom Law Group's Motion is **DENIED**; and it is

**FURTHER ORDERED** that Groom Law Group, Chartered shall produce documents

numbered AC 02456-02460, AC 02626-02627, AC 03976-03988, and AC 04345-04346 within 5

days of entry of this order.

**SO ORDERED**.


Date: _____          _____
                                    Honorable Richard J. Leon
                                    United States District Judge