UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
JAMES W. LUCE,                                  )
                                                              )
     Plaintiff,                                      )
  v.                                                          )   Civil Action No. 05-01996
                                                              )
ULLICO INC. PENSION PLAN & TRUST, )
*et al.*                                                      )
     Defendants.                                  )
_____ )

**MEMORANDUM ORDER**

Pending before the Court is Groom Law Group's Motion for Modification of this Court's August 30, 2006 Order [31]. Groom Law Group ("Groom"), a non-party to the above-captioned matter, requests modification of the August 30, 2006 Order to the extent that duplicates of certain documents identified by the Court as privileged and/or protected were ordered to be produced.[1] To the extent that such documents are duplicates of the documents previously determined by the Court to be privileged and/or protected, they may be withheld. These documents are identified as AC 02456-02460; AC 02626-02627; AC 03976-03987; and AC 03988. The Court will undertake a reexamination of document AC 04345-4346, which is related to document AC 4471 (classified as

---

[1] The Court conducted an *in camera* review of approximately 200 documents. In connection with the review, Groom Law Group supplied a privilege log identifying all of the documents as privileged and protected. Groom Law Group ("Groom") did not provide any additional justification for its claims of privilege nor did Groom cross reference any of the documents on the privilege log to indicate whether there were duplicates.

work product), and such document should be produced to the Court by Monday, September 11, 2006. It is accordingly this 8th day of September, 2006,

ORDERED that Groom Law Group is not required to produce documents labeled AC 02456-02460; AC 02626-02627; AC 03976-03987; and AC 03988. It is further

ORDERED that document labeled AC 04345-04346 should be produced *in camera* for a reexamination, and production of that document is deferred until the Court makes its determination.

```
_____/s/_____
ALAN KAY
UNITED MAGISTRATE JUDGE
```